AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia  ▾

| | |
|---|---|
| TIEQIAO ( "TIM" ) ZHANG, individually and as the Independent Administrator of the Estate of ALBERT LIANG (a/k/a ALBERT ZHANG and f/k/a LIANGSHENG ZHANG), deceased, and JING ( " LINDA" ) LIANG <br> *Plaintiff(s)* <br><br> v. <br><br> Emory University <br><br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:21-cv-0868

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Emory University
Registered agent: Amy Adelman, at 201 Dowman Drive, 101 Administration Bldg., Atlanta, Georgia 30322-1018.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Middleton, LLC
Richard H. Middleton, Jr.
317 East Liberty Street
Savannah, Georgia 31401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   03/02/2021



s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*