IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIEQIAO ("TIM") ZHANG,
Individually, and as the Independent
Administrator of the Estate of A.L.
(a/k/a A.Z. and f/k/a L.Z.), deceased;
and JING ("LINDA") LIANG,

      Plaintiffs,

v.

EMORY UNIVERSITY,

      Defendant.

CIVIL ACTION NO.

1:21-cv-868-AT

## **ORDER**

Now before the Court is Defendant Emory University's Motion to Stay Initial

Discovery Deadlines [Doc. 17]. Emory asks the Court to stay the deadlines for the

early planning conference, the filing of the Joint Preliminary Report and Discovery

Plan ("JPRDP"), and the filing of initial disclosures, pending the Court's resolution

of Emory's motion to dismiss.  Plaintiffs oppose Emory's motion to stay, arguing

that proceeding with the current deadlines allows for initial progress in the case

while still protecting Defendant from the burdens of a floodgate of discovery. (Pl.

Resp., Doc. 26-1 at 3.)

A district courts enjoys broad discretion in deciding how best to manage the

cases before it. *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir.

1997). Generally, a motion to dismiss for failure to state a claim should be resolved before discovery begins. *Id.* The Court finds that the reasons supporting a stay of discovery also weigh in favor of staying the preliminary deadlines at issue here. While Plaintiffs' position as to these pretrial obligations is well-taken, the Court finds that extending the above-listed deadlines until 14 days after the Court rules on the motion to dismiss will not slow the case, in the event it proceeds. Accordingly, Emory's Motion to Stay [Doc. 17] is **GRANTED**. The Court **ORDERS** that the Parties **SHALL** engage in the joint planning conference[1], file the JPRDP, and serve initial disclosures within 14 days after the Court's ruling on the motion to dismiss, if the case proceeds.

        **IT IS SO ORDERED** this 8th day of June 2021.


_____
**Honorable Amy Totenberg**
**United States District Judge**

---

[1] Discovery is authorized to begin the day after the Parties engage in the joint planning conference, if the case moves forward.