**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TIEQIAO ("TIM") ZHANG, Individually, and as the Independent Administrator of the Estate of ALBERT LIANG (a/k/a ALBERT ZHANG and f/k/a LIANGSHENG ZHANG), deceased; and JING ("LINDA") LIANG, <br><br> Plaintiffs, <br><br> v. <br><br> EMORY UNIVERSITY; <br><br> Defendant. <br> _____/ | ) ) ) ) ) ) ) ) ) ) ) ) )  NO.: 1:21-cv-00868-AT |

## NOTICE OF APPEARANCE OF COUNSEL

Christopher Conway hereby gives notice to the Clerk of the Court and all parties of record that he is admitted or otherwise authorized to practice in the Northern District of Georgia, and is entering an appearance in this case as counsel for Plaintiffs Tieqiao ("Tim") Zhang, Individually and as the Independent administrator of the Estate of Albert Liang (a/k/a Albert Zhang and f/k/a Liangsheng Zhang), deceased; and Jing ("Linda") Liang ("Plaintiffs"). The undersigned

1

respectfully requests that notice and service of future filings and documents be provided to the contact information contained in the signature block below.

Respectfully submitted this 8th day of December, 2021.

                                            **CONWAY LAW, LLC**

                                            /s/ *Christopher Conway*
                                            **CHRISTOPHER T. CONWAY**
                                            Georgia Bar No. 823011
                                            *Attorney for Plaintiffs*

1862 Independence Square
Suite E
Dunwoody, GA 30338
Phone: (404) 334-3311
Fax: (404) 334-3331
chris@chrisconwaylaw.com

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This document has been prepared in Times New Roman font, 14 point.

        **CONWAY LAW, LLC**

        /s/ *Christopher Conway*
        **CHRISTOPHER T. CONWAY**
        Georgia Bar No. 823011
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify I caused the foregoing to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and service upon all counsel of record via CM/ECF on the 8th day of December, 2021.

                                    **CONWAY LAW, LLC**

                                    /s/ *Christopher Conway*
                                    **CHRISTOPHER T. CONWAY**
                                    Georgia Bar No. 823011
                                    *Attorney for Plaintiff*

1862 Independence Square
Suite E
Dunwoody, GA 30338
Phone: (404) 334-3311
Fax: (404) 334-3331
chris@chrisconwaylaw.com