# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIEQIAO ("TIM") ZHANG, Individually, and as the Independent Administrator of the Estate of ALBERT LIANG (a/k/a ALBERT ZHANG and f/k/a LIANGSHENG ZHANG), deceased; and JING ("LINDA") LIANG, <br><br> Plaintiffs, <br><br> v. <br><br> EMORY UNIVERSITY; <br><br> Defendant. | NO.: 1:21-cv-00868-AT |

## NOTICE OF SUBMISSION OF SUPPLEMENTAL AUTHORITY

Plaintiffs Tieqiao ("Tim") Zhang, Individually and as the Independent administrator of the Estate of Albert Liang (a/k/a Albert Zhang and f/k/a Liangsheng Zhang), deceased; and Jing ("Linda") Liang ("Plaintiffs") hereby provide this Notice of Submission of Supplemental Authority.

In accordance with the Court's Order of January 26, 2022 (Dkt. 35), and for the convenience of Defendant and the Court, Plaintiffs provide the following supplemental authorities in addition to the authorities cited in their Response (Dkt. 25) to Defendant Emory University's pending Motion to Dismiss (Dkt. 16),

1

in advance of the hearing scheduled by the Court for February 3, 2022. Attached to this Notice are copies of the following authorities:

- Exhibit A: *Elsharkawy v. Chisago Lakes School District Board of Education*, No. 20-1971, 2021 WL 3293627 (D. Minn. Aug. 2, 2021).

- Exhibit B: *Leary v. Wesleyan University*, No. CV055003943, 47 Conn. L. Rptr. 340, 2009 WL 865679 (Conn. Sup. Ct. Mar. 10, 2009).

Respectfully submitted this 31st day of January, 2022.

        **CONWAY LAW, LLC**

        */s/ Christopher Conway*
        **CHRISTOPHER CONWAY**
        Georgia Bar No. 823011
        1862 Independence Drive
        Suite E
        Dunwoody, GA 30338
        Tel.: (404) 334-3311
        chris@chrisconwaylaw.com

        **RICHARD H. MIDDLETON, JR.**
        Georgia Bar No. 504912
        317 East Liberty Street (31401)
        P.O. Box 10006
        Savannah, Georgia 31412
        rhm@middletonfirm.com
        (912) 660-3039 – Tel.
        Lead trial counsel

**MILTON, LEACH,
WHITMAN, D'ANDREA
& ESLINGER, P.A.
JOSHUA A. WHITMAN**
Florida Bar No. 399264
Admitted *Pro Hac Vice*
3127 Atlantic Blvd
Jacksonville, Florida 32207
jwhitman@miltonleach.com
(904) 346 3800 – Tel.
(904) 346 3692 – Fax


**CUNNINGHAM SWAIM, LLP
ALEX J. WHITMAN**
Texas Bar No. 24081210
Admitted *Pro Hac Vice*
4015 Main Street, Suite 200
Dallas, TX 75226
awhitman@cunninghamswaim.com
(214) 646-1495 – Tel.
(214) 613-1163 – Fax

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C.  This document has been prepared in Book Antigua font, 13 point.

                               **CONWAY LAW, LLC**

                               */s/ Christopher Conway*
                               **CHRISTOPHER T. CONWAY**
                               Georgia Bar No. 823011
                               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been served upon all counsel of record via CM/ECF on the 31st day of January, 2022.

					/s/ *Christopher Conway*
					Christopher Conway