IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIEQIAO ("TIM") ZHANG, Individually, and as the Independent Administrator of the Estate of ALBERT LIANG (a/k/a ALBERT ZHANG and f/k/a LIANGSHENG ZHANG), deceased; and JING ("LINDA") LIANG,<br><br>Plaintiffs,<br><br>v.<br><br>EMORY UNIVERSITY;<br><br>Defendant. | CIVIL ACTION NO.: 1:21-cv-868-CC |

**PLAINTIFFS' RULE 26 INITIAL DISCLOSURES**

**PLAINTIFFS**, by and through their undersigned counsel, and pursuant to the Court's March 8, 2022 Order, Rule 26, Federal Rules of Civil Procedure and Rule 26.1 of the Local Rules of Practice for the United States District Court for the Northern District of Georgia, hereby file their Initial Disclosures, showing the Court as follows:

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendants did or failed to do, and a succinct statement of the legal issues in the case.

RESPONSE:

**Classification of the Case:**

**Diversity case asserting claims for damages for the wrongful death of ALBERT ZHANG (ALBERT) and his survivors, brought pursuant to Georgia law.**

**Brief Factual Outline of the Case:**

**ALBERT ZHANG (ALBERT) was a minor, matriculating as an honors student at Defendant EMORY UNIVERSITY (EMORY). EMORY assigned to ALBERT an individually selected advisor, Ed Goode (Goode). EMORY had a suicide prevention program in which Goode was trained. In August, 2019, ALBERT exhibited all of the known warning signs and risk factors of suicide to Goode and others at EMORY, which EMORY failed to detect and failed to intervene to prevent. ALBERT died by suicide on August 30, 2019. EMORY denies that it had a legal duty, to include the absence of the foreseeability of ALBERT's suicide.**

**Statement of Legal Issues:**

**The negligence and gross negligence of Defendant EMORY, if any, and the damages sustained by the Plaintiffs, if any.**

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

RESPONSE:

**The Federal Rules of Civil Procedure, Federal Rules of Evidence, the Local Rules for the Northern District of Georgia and the substantive law of Georgia.**

**See the statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law cited in Plaintiffs' March 2, 2021 Complaint (Docket #1), Plaintiffs' April 15, 2021 Brief in Opposition to Defendant's Motion to Dismiss (Docket #25-1), and Plaintiffs' January 31, 2022 Notice of Submission of Supplemental Authority (Docket #36), as well as the Court's Order of March 8, 2022 (Docket #41).**

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

**RESPONSE:**

**See Attachment A.**

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

**RESPONSE:**

**See Attachment B.**

3

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**RESPONSE:**

**See Attachment C.**

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying (Rev. 03/01/11) APP.B – 4 as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**RESPONSE:**

**The full value, including the economic value, of the life of ALBERT, as if he had lived, loss of care, companionship, and the intangible benefits the deceased provided to loved ones, including his siblings; the conscious pain and suffering undergone by ALBERT as a result of EMORY's negligence and gross negligence; and pecuniary losses, such as medical**

4

**expenses, as well as for extreme conscious pain and suffering undergone by the deceased, up to and including the time of his untimely death, the amounts of which are to be determined by collective consciousness of the jury struck in the trial of the cause.**

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**RESPONSE:**

**Not applicable to Plaintiffs.**

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiff's cause of action and state the basis and extent of such interest.

**RESPONSE:**

**Plaintiffs are currently unaware of any person or entity who has a subrogation interest.**

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This document has been prepared in Book Antiqua font, 13 point.

**RESPECTFULLY SUBMITTED** this 22nd day of March, 2022.

/s/ *Richard H. Middleton, Jr.*
**RICHARD H. MIDDLETON, JR.**
Georgia Bar No. 504912
317 East Liberty Street (31401)
P.O. Box 10006
Savannah, Georgia 31412
rhm@middletonfirm.com
(912) 660-3039 – Tel.
Lead trial counsel

**CONWAY, LLC**

/s/ *Christopher Conway*
**CHRISTOPHER T. CONWAY**
Georgia Bar. No. 823011
1862 Independence Square
Suite E
Dunwoody, Georgia 30338
Phone: (404) 334-3311
Fax: (404) 334-3331
chris@chrisconwaylaw.com
**Local counsel**

and

**MILTON, LEACH, WHITMAN, D'ANDREA & ESLINGER, P.A.**

/s/ *Joshua A. Whitman*
**JOSHUA A. WHITMAN**
Florida Bar No. 399264
3127 Atlantic Blvd
Jacksonville, Florida 32207
jwhitman@miltonleach.com
(904) 346 3800 – Tel.
(904) 346 3692 – Fax
*Pro Hac Vice*

and

6

**CUNNINGHAM SWAIM, LLP**

/s/ *Alex J. Whitman*
**ALEX J. WHITMAN**
Texas Bar No. 24081210
4015 Main Street, Suite 200
Dallas, TX 75226
awhitman@cunninghamswaim.com
(214) 646-1495 – Tel.
(214) 613-1163 – Fax
*Pro Hac Vice*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2022, I electronically filed PLAINTIFFS' RULE 26 INITIAL DISCLOSURES with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Allegra J. Lawrence
Lisa M. Haldar
Rodney J. Ganske

**MILTON LEACH, WHITMAN, D'ANDREA & ESLINGER, P.A.**

/s/ Joshua A. Whitman
**JOSHUA A. WHITMAN**
Florida Bar No. 399264
3127 Atlantic Blvd
Jacksonville, Florida 32207
jwhitman@miltonleach.com
(904) 346 3800 – Tel.
(904) 346 3692 – Fax
*Pro Hac Vice*

## **PLAINTIFFS' ATTACHMENT A**

Jing ("Linda") Liang (liability and damages)
Tieqiao ("Tim") Zhang (liability and damages)
ALBERT's brother and sister (damages)
c/o Plaintiffs' counsel

Steven Culler (liability and damages)
Benjamin Druss (liability and damages)
Colleen Duffy, Ph.D. (liability and damages)
Ed Goode (liability and damages)
Benson Steven Ku (liability)
Kathy Lally (liability)
Gregory W. McGonigle (liability and damages)
Judith Pannell (liability)
Suzanne Onorato (liability and damages)
c/o Defendant's counsel

Karissa Kang (damages)
Daniel Kessler (damages)
Daisy Li (liability and damages)
Tate Stevenson (damages)
Pushkar Shinde (damages)
Jane Wang (damages)
William Zheng (damages)
EMORY students

Jason Lu (damages)
Georgia Tech University
Atlanta, GA

Jason B. Sheffield (liability and damages)
2786 North Decatur Road, Suite 245
Decatur, Georgia 30033

## PLAINTIFFS' ATTACHMENT B

Cal Colarusso, M.D. (liability)
(Preliminary Rule 26(a)(2)(B) Report to be produced under separate cover.)

## **PLAINTIFFS' ATTACHMENT C**

1. EMORY Suicide Prevention Documents

2. Educational Transcript Highland Park High School

3. Educational Transcript Southern Methodist University

4. Educational Transcript EMORY

5. Medical Records Pediatric Associates of Dallas

6. Medical Records EMORY Counseling & Psychological Services

7. 2018 EMORY Scholar Handbook

8. ALBERT's CVs

9. ALBERT's Obituary

10. Video and Transcript of EMORY Memorial Service October 18, 2019

11. ALBERT's May 12, 2019 Text Exchange with Daisy Li

12. ALBERT's May 15, 2019 Letter from Daisy Li

13. ALBERT's August 12, 2019 Written Plan to Resolve Issues with Daisy Li

14. August 15, 2019 Photos of ALBERT's Injuries

15. Audio and Transcript of ALBERT's August 21, 2019 Phone Call with Daisy Li

16. Audio and Transcript of ALBERT's August 26, 2019 Phone Call with Daisy Li

17. ALBERT's Emails and Correspondence with Prospective Counsel

18. ALBERT's Timeline and Summary of the Case

19. ALBERT's Emails from December 1, 2017 through August 30, 2019

20. ALBERT's Messaging with Tim Zhang, Linda Liang, Bradley Liang, Daisy Li, Jasmine Wang Ciu, Jessica Wang and Ed Goode

21. ALBERT's Daisy Li Quote Book

22. ALBERT's Uncompleted Letter to Ed Goode

23. ALBERT's Journal Entries

24. ALBERT's Suicide Flow chart

25. ALBERT's Time Allotment

26. ALBERT's Talk Plan

27. ALBERT's Breakup Reflection

28. ALBERT's Lawyer Contact Notes

29. ALBERT's Suicide Plan

30. ALBERT's Receipts for Suicide Equipment

31. ALBERT's Suicide Note

32. DeKalb County, GA Police Report

33. DeKalb County, GA Medical Examiner Report

34. Any document produced in discovery

35. Any documents identified by Defendant in its initial disclosures