# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TIEQIAO ("TIM") ZHANG,                )
Individually, and as the Independent  )      CIVIL ACTION NO.: 1:21-cv-868-CC
Administrator of the Estate           )
of ALBERT LIANG (a/k/a ALBERT         )
ZHANG and f/k/a LIANGSHENG            )
ZHANG), deceased; and                 )
JING ("LINDA") LIANG,                 )
                                      )
        Plaintiffs,                   )
                                      )
v.                                    )
                                      )
                                      )
EMORY UNIVERSITY,                     )
                                      )
        Defendant.                    )

---

## SUPPLEMENT TO PLAINTIFFS' RULE 26 INITIAL DISCLOSURES, ATTACHMENT B

---

**PLAINTIFFS**, by and through their undersigned counsel, and pursuant to the Court's March 8, 2022 Order, Rule 26, Federal Rules of Civil Procedure and Rule 26.1 of the Local Rules of Practice for the United States District Court for the Northern District of Georgia, hereby file this Supplement to Plaintiffs' Rule 26 Initial Disclosures, Attachment B (the Preliminary Rule 26(A)(2)(B) Report of Expert Cal Colarusso, M.D.).

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This document has been prepared in Book Antiqua font, 13 point.

**RESPECTFULLY SUBMITTED** this 23rd day of March, 2022.

/s/ *Richard H. Middleton, Jr.*
**RICHARD H. MIDDLETON, JR.**
Georgia Bar No. 504912
317 East Liberty Street (31401)
P.O. Box 10006
Savannah, Georgia 31412
rhm@middletonfirm.com
(912) 660-3039 – Tel.
Lead trial counsel

**CONWAY, LLC**

/s/ *Christopher Conway*
**CHRISTOPHER T. CONWAY**
Georgia Bar. No. 823011
1862 Independence Square
Suite E
Dunwoody, Georgia 30338
Phone: (404) 334-3311
Fax: (404) 334-3331
chris@chrisconwaylaw.com
**Local counsel**

and

**MILTON, LEACH, WHITMAN, D'ANDREA & ESLINGER, P.A.**

/s/ *Joshua A. Whitman*
**JOSHUA A. WHITMAN**
Florida Bar No. 399264
3127 Atlantic Blvd
Jacksonville, Florida 32207
jwhitman@miltonleach.com
(904) 346 3800 – Tel.
(904) 346 3692 – Fax
***Pro Hac Vice***


and
**CUNNINGHAM SWAIM, LLP**

/s/ *Alex J. Whitman*
**ALEX J. WHITMAN**
Texas Bar No. 24081210
4015 Main Street, Suite 200
Dallas, TX 75226
awhitman@cunninghamswaim.com
(214) 646-1495 – Tel.
(214) 613-1163 – Fax
***Pro Hac Vice***
 **Attorneys for Plaintiffs**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 23ʳᵈ day of March, 2022, I electronically filed PLAINTIFFS' NOTICE OF SERVICE OF PRELIMINARY RULE 26(A)(2)(B) REPORT OF EXPERT CAL COLARUSSO, M.D. with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

      Allegra J. Lawrence
      Lisa M. Haldar
      Rodney J. Ganske

                              **MILTON LEACH, WHITMAN,**
                              **D'ANDREA & ESLINGER, P.A.**

                              /s/ Joshua A. Whitman
                              **JOSHUA A. WHITMAN**
                              Florida Bar No. 399264
                              3127 Atlantic Blvd
                              Jacksonville, Florida 32207
                              jwhitman@miltonleach.com
                              (904) 346 3800 – Tel.
                              (904) 346 3692 – Fax
                              ***Pro Hac Vice***

**CALVIN A. COLARUSSO, M.D.**
**Mailing Address**
**8460 Whale Watch Way**
**La Jolla, CA 92037**
**Telephone: (858) 454-2473**
**Home office telephone 858 454-4192**
**FAX (858) 454-4192**

CURRICULUM VITAE

March 2022

PRESENT PROFESSIONAL ACTIVITIES

- Private practice of adult and child psychiatry and psychoanalysis, 1973.
- Forensic psychiatry, expert evaluations, 1977
- Training and Supervision Analyst, San Diego Psychoanalytic Institute, 1978; Supervisor in Child Analysis, 1981; Ombudsman, 2010
- Clinical Professor of Psychiatry, University of California, San Diego, 1984
- Consultant of the Travestia Foundation (dedicated to research on midlife), Buenos Aires, Argentina 2005.
- International Psychoanalytic Association, Committee on Aging, 2018

EDUCATION AND TRAINING

- Muhlenberg College, Allentown, Pennsylvania, B.S., 1957
- Jefferson Medical College, Philadelphia, M.D., 1961
- York General Hospital, York, Pennsylvania, Internship, 1961-62
- Eastern Pennsylvania Psychiatric Institute, Philadelphia, Pennsylvania, Adult Psychiatry Residency, 1962-64
- Albert Einstein Medical Center, Philadelphia, Pennsylvania, Child Psychiatry Residency, 1964-66
- Philadelphia Associate for Psychoanalysis, and the Southern California Psychoanalytic Institute, Certification in Child Psychoanalysis, 1976

LICENSURE AND CERTIFICATION

- Licensed to practice medicine in California since 1966. Previously licensed in Pennsylvania and Florida
- Diplomate, American Board of Psychiatry and Neurology, 1969
- Diplomate, American Board of Child Psychiatry, 1972

- Certified in Adult and Child Psychoanalysis, American Psychoanalytic Association, 1975, 1978.

PROFESSIONAL ORGANIZATIONS

- San Diego Psychoanalytic Institute and Society, 1973
- American Psychoanalytic Association, 1974; Arrangement Committee, 1981-1984; Committee on Child and Adolescent Psychoanalysis, 1981-1987
- San Diego Psychiatric Society, 1973
- Association for Child Psychoanalysis, 1984
- American Psychiatric Association, 1973; Fellow, 1980; Article Reviewer, Journal of the American Psychiatric Association, 1981-1987
- American Academy of Child Psychiatry, 1970
- Center for Advanced Psychoanalytic Studies, Princeton, New Jersey, 1982-2014.
- Fundacion Travesia of Buenos Aires 2005

AWARDS, HONORS, AND NON-PROFESSIONAL ORGANIZATIONS

- "For Excellent Teaching and Contributions to the Residency Training Program", Academic Year 1975-76, Department of Psychiatry, University of California, San Diego
- Who's Who in California, 1979
- Who's Who in the West, 1979
- International Biographical Center, 1981
- National Society of Arts and Letters, 1984-1988
- International Who's Who in Medicine, 1985
- San Diego Chamber Orchestra, Program Advisory Committee, 1986-1988
- Hanna Fenichel Center for Child Development, Life Trustee, 1988
- Who's Who Among Young American Professionals, 1988
- Who's Who Among Human Services Professionals, 1992
- Listing in The Best Doctors in America, 1992-2010.
- Consultant, Children's Museum of San Diego, 1992
- Alumnus of the Year, Thomas Jefferson University School of Medicine, Department of Psychiatry and Human Behavior, 1996
- Who's Who in Executives and Professional, 1997
- Supervision Award, United States Naval Center, San Diego, Department of Psychiatry, 2001
- Honorary Professorship in Human Growth and Development, Maimonides University, Buenos Aires, Argentina, 2007
- San Diego Physicians of Exceptional Excellence in the field of psychiatry, 2010 Best Doctors in America 2010-11, 2011-2012, 2012-2013 Leading Health Professional in the World, 2011 (International Biographical Centre, Great Britain.) Super Doctors of America 2011-2012 Leading Physicians of the World. 2012

2

Best Doctors in the United States, 2015-16
Testimonial dinner, San Diego Center for Psychoanalysis, November 2015
The Leading Physicians of the World, 2017

PREVIOUS POSITIONS

- Private practice of child and adult psychiatry and psychoanalysis in Melrose Park, Pennsylvania, 1968-1973
- Director, Title III research project entitled "Diagnostic Educational Grouping with Strategies for Teaching", 1969-1973.  The purpose of the project was to apply psychoanalytic principles of child development to classroom techniques. Over 50,000 children and 2,000 teachers were involved.
- Assistant Clinical Professor of Child Psychiatry, Hahnemann Medical College, Philadelphia, Pennsylvania, 1971-1973
- Child Psychiatric Consultant, Lehigh-Carbon County Public School, Pennsylvania, 1969-1973
- Child Psychiatric Consultant, Abington Friends School, Jenkintown, Pennsylvania, 1969-1973
- Psychiatric Consultant, California Medical Facility at Vacaville, California, 1966-1968
- Director, Community Mental Health Center, Albert Einstein Medical Center, Philadelphia, Pennsylvania, 1968-1969
- President, San Diego Psychoanalytic Society, 1976-1977
- Vice-Chairman of the Board and President, Hanna Fenichel Nursery School, sponsored by the San Diego Psychoanalytic Institute, 1975-1977
- Consultant on School Consultation and Child Psychiatry, Children's Division, San Diego County Mental Health Department, 1974-1977
- Scientific Board of the Anna Freud Foundation, California Chapter, 1971980.
- Consultant in Child Psychiatry, Kaiser Permanente, San Diego, California, 1977-1980
- American College of Psychoanalysis, 1980-1998
- Coordinator, Normal Development Through the Life Cycle, University of California, San Diego School of Medicine, 1980-1982, 1985-1990
- Consultant, American Psychiatric Associate Task Force on the Treatment of Psychiatric Disorders, 1985-1989
- Manuscript Reviewer, Journal of the American Psychiatric Association, 1984-1994.
- Contributor, A Glossary of Psychoanalytic Terms and Concepts, Third Edition, American Psychoanalytic Association, 1986
- Director, Division of Child Psychoanalysis, San Diego Psychoanalytic Institute, 1981-1989; 1993-1998
- Lecturer, University of California, San Diego, Third College, Teacher Education Program, 1988-1990
- Director, Child Psychiatry Residency Training Program, University of California, San Diego, 1976-1996
- American Board of Psychiatry and Neurology, Question Writing Committee, 1988-1997
- Staff Member, University Hospital, University of California, San Diego, 1974; Children's Hospital, San Diego, California, 1976-2001

- Consultant-Lecturer, Department of the Navy, Naval Medical Center, San Diego, California, 1980-2001
- Manuscript Reviewer, <u>Psychoanalytic Psychology</u>, 1990-1995
- International Psychoanalytic Association, Committee on Aging, 2007-09.
- Chinese American Psychoanalytic Alliance, teaching mental health professionals in China through the use of Skype, 2008-2009.
- Monthly guest on internet program, "Your Family Matters" hosted by Keith Kanner PhD, 2007-2013
- Guest instructor, the Korean Psychoanalytic Study Group, International Psychoanalytic Association, 2009-2012

<u>FORENSIC EXPERIENCE</u>

Dr. Colarusso has served as an expert witness in more than 1,300 civil cases over the past thirty years. His deposition has been taken more than 250 times and he has testified in court more than 100 times.

5

BOOKS

1. Adult Development: A New Dimension in Psychodynamic Theory and Practice. Calvin A. Colarusso, M.D. and Robert Nemiroff, M.D., Plenum Publishing Corporation, New York, 1981, Part of the series "Critical Issues in Psychiatry", Sherwin M. Woods, M.D., Ph.D., Editor.
2. The Race Against Time: Psychotherapy and Psychoanalysis in the Second Half of Life, Robert A. Nemiroff, M.D. and Calvin A. Colarusso, M.D., Plenum Publishing Corporation, New York, 1985.
3. New Dimensions in Adult Development, edited by Robert A. Nemiroff, M.D. and Calvin A. Colarusso, M.D., Basic Books, 1990.
4. Child and Adult Development: A Psychoanalytic Introduction, Calvin A. Colarusso, M.D., Plenum Publishing Corporation, 1992.
5. Fulfillment in Adulthood: Paths to the Pinnacle of Life, Calvin A. Colarusso, M.D., Plenum Publishing Corporation, 1994.
6. Desarrolla Psiquico: El tiempo y la individuacion a lo largo del ciclo vital (Collected papers of Calvin A. Colarusso M.D.)  Entrevia Editorial, Buenos Aires, 2008
7. The Long Shadow of Sexual Abuse: Developmental Interferences Across The Life Cycle. Calvin A. Colarusso M.D. Jason Aronson, 2010.
8. The Psychiatric Witness in Court: What Mental Health Professionals Need to Know. Calvin A. Colarusso M. D. Rowman & Littlefield, October, 2014

BOOK CHAPTERS
1. "The Father at Mid-Life: Crisis and the Growth of Paternal Identity", Calvin A. Colarusso M.D. and Robert A. Nemiroff M.D., in Fatherhood, edited by Stanley Cath, M.D., alan Gurwitt, M.D. and John Ross, Ph.D., Little, Brown and Company, Boston, 1982.
2. "The Child Psychoanalyst as a Traditional School Consultant: A Review of the Application of Development, Psychopathological and Treatment Concepts." Calvin A. Colarusso M.D. In New Concepts in Psychoanalytic Psychotherapy Edited by John MUnder Ross, Ph.D. and Wayne Meyers, M.D. American Psychiatric Press, Washington D.C., 1988, pp. 94-118.
3. "The Analysis of a Latency Age Boy," Calvin A. Colarusso, M.D., in Psycho-Analytic Case Studies, edited by G. Pirooz Sholevar, M.D. and Jules Glenn, M.D., International University Press, 1990, pp. 193-238.
4. "The Impact of Adult Developmental Issues on the Treatment of Older Patients,: Calvin a. Colarusso M.D. and Robert A. Nemiroff M.D., in New Techniques In the Psychotherapy of Older Patients, edited by Wayne Meyers, M.D., American Psychiatric Press, 1990, pp. 245-264
5. "The Approach to Pediatric Patients", Calvin A. Colarusso, M.D., in Practical Pediatric Radiology, Second Edition, edited by Saskia Hilton M.D., W.B. Saunders Co., Philadelphia, 1994, pp. 1-8.
6, "Adulthood", Calvin A. Colarusso, M.D. In Comprehensive Textbook of Psychiatry/VI, Sixth Edition, edited by Harold Kaplan M.D. and Benjamin Sadock M.D., William & Wilkens, 1995, Vol. II, pp. 2495-2506.
7. "The Fourth Individuation:  Separation-Individuation Processes in Middle

Adulthood", Calvin A. Colarusso, M.D., In The Seasons of Life: Separation-Individuation Perspectives, edited by Salman Akhtar, M.D. and Selma Kramer M.D., International Universities Press, 1997, pp. 73-94.

8.   "Development and Treatment in Late Adulthood:, Calvin A. Colarusso M.D., In The Course of Life, Vol. VII, edited by George Pollock M.D. and Stanley Greenspan M.D. International Universities Press, 1998. pp. 185-318.

9.   "The Analysis of a Neurotic Boy and a Child Analytic Case Report: A 17 Year Follow-Up", Calvin A. Colarusso, M.D. In The Psychoanalytic Study of Lives Over Time, edited by Bertrum Cohler Ph.D. and Jonathan Cohen Ph.D., Academic Press, 2000, pp. 17-48 and 49-66.

10. "Adulthood", Calvin A. Colarusso M.D. In Comprehensive Textbook of Psychiatry, Seventh Edition, edited by Benjamin Sadock M.D. and Virginia Sadock M.D., Williams & Wilkins, `1999, pp. 1962-1979.

11. "Toilet Training:, Calvin A. Colarusso, M.D., In The Freud Encyclopedia: Theory Therapy and Cuilture, Garland Publishing, 200l.

12. "Adulthood", Calvin A. Colarusso M.D. In Comprehensive Textbook of Psychiatry VII, Eighth Edition. Edited by Benjamin Sadock M.D. and Virginia Sadock M.D., Williams & Wilkins, Volume II, 2004, Chapter 50, pp. 3565-3586.

13. "Psychological Approach to Pediatric Patients:, Calvin A. Colarusso M.D., In Practical Pediatric Radiology, Third Edition, edited by Saskia W. Hilton M.D. and David K. Edwards M.D., W.B. Saunders Co., Philadelphia, 2006, pp. 641-650.

14.  "Adulthood", Calvin A. Colarusso M.D. In Comprehensive Textbook of Psychiatry, Ninth Edition, Edited by Benjamin Sadock M.D, Virginia Sadock M.D. and Pedro Ruiz M.D. Williams & Wilkins, Volume II, 2009, Chapter 53, pp. 3909-3931

15. "Living to Die and Dying to Live: Normal and Pathological Considerations of Death Anxiety", Calvin A. Colarusso M.D. In: The Wound of Mortality: Fear Denial and Acceptance of Death, edited by Salman Akhtar M.D., Jason Aronson, 2010, pp. 107-124.

16. Contributions to the Glossary of Psychoanalytic Terms, Calvin A. Colarusso M.D. American Psychoanalytic Association. 2011

17. "The Meaning of Midlife", Calvin A. Colarusso M.D. In Updating Midlife, edited by  Guillermo Julio Montero, Alicia Mirta Ciancio de Montero and Liliana Signman de vogelfanger. Karnac Books, London 2013-, pp. 37-46.

18. "Fear of Death", Calvin A. Colarusso M.D. In: Fear: A Dark Shadow Across Our Life Span. Ed: Salman Akhtar, M.D. Karnac Books, London 2014, pp.169-192

19. "Young and Middle Adulthood." Calvin A. Colarusso M.D. In: Handbuch Psychoanalytische Entwicklungwissenschaft (Handbook of Psychoanalytic Developmental Science), edited by Gerald Posheschnik and Bernd Traxi. GieBen, Germany: Psychosozial-Verlag, p. 345-355, 2016.

20. "Adulthood", Calvin A. Colarusso M.D. In: Comprehensive Textbook of Psychiatry, Tenth Edition, Edited by Benjamin Sadock M.D., Virginia Sadock M.D. and Pedro Ruiz M.D. Williams & Wilkins, volume II, Chapter 56, pp. 3941-3946.

21. "Be Careful What You Wish For: The Seduction of Three Adolescent Boys by Their Female Teachers." Calvin A. Colarusso M.D. In: The Rape of Childhood Rowland and Littlefield, 2018, pp. 49-86 ed. Salman Akhtar M.D.

<u>BOOK REVIEWS</u>

1.  Book Review, A Developmental View of the Psychoanalytic Process, by Nathan Schlessinger, M.D. and Fred Robbins, M.D., International Universities Press, 1983, Calvin A. Colarusso, M.D. in the Psychoanalytic quarterly, Vol. 54, 1985, #3, pp. 281-286.
2.  Book Review, Parenthood: Psychodynamic Perspective, edited by Rebecca Cohen, M.A., Bertram Cohler, Ph.D., and Sidney Weissman, M.D., the Guilford Press, 1984, in Journal of the American Psychoanalytic Association, 1988, Vol. 36, pp 799-802
3.  Book Review, Normality and the Life Cycle: A Critical Integration, edited by Daniel Offer, M.D. and Melvin Sabskin, M.D., Basic Books, 1984, in Journal of the American Psychoanalytic Association, 1988, Vol. 36, pp. 1090-1094.
4.  Book Review, Developmental Breakdown and Psychoanalytic Treatment in Adolescence: Clinical Studies, edited by Moses Laufer and M. Egle Laufer, Yale University Press, 1989, The Psychoanalytic Quarterly, 1991, Vol. 60, pp. 470-474.
5.  Book Review, The Middle Years: New Psychoanalytic Perspectives, edited by John Oldham, M.D. and Robert Niebert, M.D., Yale University Press, 1990, The Psychoanalytic Quarterly, Vol. 60, pp. 637-641.
6.  Book Review, Handling Children's Aggression Constructively: Toward Taming Human Destructiveness, by Henri Parens M.D., Jason Aronson, 2011. Accepted for publication in the International Journal of Applied Psychoanalytic Studies

ARTICLES

1. "Effects of Day Program Closing on Patients," Arthur Huntley, M.D. and Calvin A. Colarusso, M.D., Mental Hospitals, December, 1964
2. "Psychiatric Practice in a Large Air Force Clinic," Calvin A. Colarusso, M.D., Proceedings, Air Force Behavioral Science Convention, 1968
3. "Psychiatry for Law Students in a Department of Psychiatry," Calvin A. Colarusso, M.D., and Harold Kolansky, M.D., Journal of the Albert Einstein Medical Center, Philadelphia, summer, 1969
4. "Diagnostic Educational Grouping with Strategies for Teaching—Final Report" (3) 1970-1971, 1971-1972, 1972-1973, Calvin A. Colarusso, M.D., and Phyllis Green, M.A., Buck County Press, Doyletown, Pennsylvania.
5. "Strategies for Teaching: Second Edition, 1971," Calvin A. Colarusso, M.D., and Phyllis Green, M.A., Buck County Press, Doyletown, Pennsylvania.
7. "Diagnostic Educational Grouping with Strategies for Teaching," Calvin A. Colarusso, M.D., and Phyllis Green, M.A., Reiss-Davis Clinic Bulletin 10(1) Spring, 1973
8. "Grouping by Psyche," Phyllis Green, M.A., and Calvin A. Colarusso, M.D., Teacher, February, 1973.
9. "Johnny, Did Your Mother Die?" Calvin A. Colarusso, M.D., Teacher, February, 1975.
10. "Death in the Student's Family—What Should the Counselor Do?" Calvin A. Colarusso, M.D., The Guidance Clinic, February, 1976.
11. "Some Observations and Hypothesis about the Psychoanalytic Theory of Adult Development," Calvin A. Colarusso, M.D., and Robert Nemiroff, M.D., International Journal of Psychoanalysis, 60(2), 1979.
12. "The Development of Time Sense from Birth to Object Constancy," Calvin A. Colarusso, M.D., International Journal of Psychoanalysis, 60(2), 1979.
13. "Authenticity and Narcissism in the Development of the Self in Adulthood," Robert A. Nemiroff, M.D. and Calvin A. Colarusso, M.D., Annual, Chicago Psychoanalytic Association, Volume VIII, 1980.
14. "The Psychoanalysis of a Severe Neurotic Learning Disturbance in a Gifted Adolescent Boy," Calvin A. Colarusso, M.D., Bulletin of the Menninger Clinic, 44(6), November, 1980.
15. "The Borderline Child," Calvin A. Colarusso, M.D. in The Cutting Edge, 1984, University of California, San Diego, PP. 106-122.
16. "The Development of Time Sense: From Object Constancy to Adolescence," Calvin A. Colarusso, M.D., Journal of the American Psychiatric Association, Vol. 35, 1987, #1, PP. 119-144.
17. "Mother, Is That You?" Calvin A. Colarusso, M.D., The Psychoanalytic Study of the Child, Vol. 42, 1987, Yale University Press, pp. 223-237.
18. "Therapeutic Implications of Adult Developmental Theory," Calvin A. Colarusso, M.D. and Robert A. Nemiroff. M.D., Journal of the American Psychiatric Association, Vol. 144, #10, October 1987, pp. 1263-1270.

19. "Frontiers of Adult Development in Theory and Practice," Robert A. Nemiroff, M.D. and Calvin A. Colarusso, M.D., Journal of Geriatric Psychiatry, 1988, Vol. 21, pp. 7-27.

20. "The Development of Time Sense in Adolescence," Calvin A. Colarusso, M.D., The Psychoanalytic Study of the Child, Yale University Press, 1988, Vol. 43, pp. 179-198.

21. "The Joys of Psychiatric Practice: One Man's Experience," Calvin A. Colarusso, M.D., San Diego Psychiatry, 1988, September, pp. 8-10.

22. Contributor to Psychoanalytic Terms and Concepts, edited by Burness Moore, M.D. and Bernard Fine, M.D., The American Psychoanalytic Association, Second Edition, 1990.

23. "The Third Individuation: The Effect of Biological Parenthood on Separation-Individuation Processes in Adulthood," Calvin A. Colarusso, M.D., The Psychoanalytic Study of the Child, Yale University Press, 1990. Vol. 45, pp. 177-192.

24. "The Development of Time Sense in Young Adulthood," Calvin A. Colarusso, M.D., The Psychoanalytic Study of the Child, Yale University Press, 1991, Vol. 46, pp. 125-143.

25. "Play in Adulthood: A Developmental Perspective, "The Psychoanalytic Study of the Child, Yale University Press, Vol. 48, pp. 225-248.

26. "Traversing Young Adulthood: The Male Journey form Twenty to Forty," Calvin A. Colarusso, M.D., Psychoanalytic Inquiry, Vol. 15, #1, pp. 75-91.

27. "Co-Sleeping (Bedsharing) Among Infants and Toddlers." Contributor to a case discussion. Calvin A. Colarusso, M.D., James McKenna, M.D., Nancy Powers, M.D., Martin Stein, M.D., Developmental and Behavioral Pediatrics, Vol. 18, #6, December 1997, pp. 408-411.

28. "The Development of Time Sense in Late Adulthood and Throughout the Life Cycle," Calvin A. Colarusso, M.D., the Psychoanalytic Study of the Child, Vol. 53, 1998, pp. 113-139

29. "The Development of Time Sense in Middle Adulthood," Calvin A. Colarusso, M.D. The Psychoanalytic Quarterly, Vol. XLVIII, 1999, pp. 52-83.

30. Separation-Individuation Phenomena in Adulthood: General Concepts and the Fifth Individuation," Calvin A. Colarusso, M.D., Journal of the American Psychoanalytic Association, Vol. 48, 2000, pp. 1467-1490.

31. "Co-sleeping (Bedsharing) Among Infants and Toddlers," Martin Stein, M.D., Calvin A. Colarusso, M.D., James McKenna, M.D., and Nancy Powers, M.D. Developmental and Behavioral Pediatrics, Vol. 22, No. 2, April 2001, pp. 567-573.

32. "The Evolution of Paternal Identity in Late Adulthood," Calvin A. Colarusso M.D. Journal of the American Psychoanalytic Association, Vol. 53, No. 1, 2005, pp. 51-82.

33. "The Absence of a Future: The Effect of Past Experience and Current Developmental Conflicts on a Midlife Analysis," Calvin A. Colarusso M.D., Journal of the American Psychoanalytic Association, Vol. 54, No. 3, 2006, pp. 919-945.

34. "Transience During Midlife as an Adult Psychic Organizer, The Midlife Transition and Crisis Continuum", Calvin A. Colarusso M.D. and Lic Guillermo Julio Montero, Psychoanalytic Study of the Child, Vol. 62, 2007 pp. 329-358.

35. Introduction to the Korean translation of "The Magic Years" by Selma Fraiberg, Calvin A. Colarusso M.D. Translator, Geonho Bahn M.D., Ph.D. 2009.

36. "The Adult and Society: The Elaboration of Erik Eriksons Legacy to Psychoanalytic Thought", Calvin A. Colarusso M.D., Psychoanalysis 2010, 21: 32-40, Korean Association for Psychoanalysis.

37. Calvin A. Colarusso M.D. "The Relentless Past: The Effect of Chronic Sexual Abuse in Childhood on Fifty Years of Adolescent and Adult Development." Psychoanalytic Study of the Child. 64:320-350, 2009

38. Calvin A. Colarusso M.D. "Death, Rejuvenation and Immortality in Film: Cat on a Tin Roof (1958), On Golden Pond (1981), and Cocoon (1985). American Journal of Psychoanalysis 71:2, pp. 146-161, Edited by Salmon Aktar M.D. Translated into French in Le Coq-Heron, December 2012, Mort, rajeunissement et vie eternelle dans La maison du lac, La chatte sur un toit brulant et Cocoon (traduction Arianne Morris

39. Calvin A. Colarusso M.D. Contributor to "Psychoanalytic Terms and Concepts, American Psychoanalytic Association, Yale University Press, 2011.

40. "Psychoanalytic Practice: Developmental and Psychopathological Issues of Intrapsychic Aloneness and Loneliness During Midlife. A Clinical Case", Lic. Guillermo Julio Montero and Calvin A. Colarusso M.D., Korean Psychoanalytic Journal, Volume 22, No. 1, pp. 19-26, April 2011.

41. Calvin A. Colarusso M.D. "The Central Masturbation Fantasy in Heterosexual Males: Across the Life Cycle and the Normality-Pathology Spectrum", Journal of the American Psychoanalytic Association, Vol. 60/5, pp. 917-948.

42. Sun Ju Chun M.D. and Calvin A. Colarusso M.D. "The Use of the Computer and the Internet in Child Psychoanalysis" The Psychoanalytic Study of the Child, Vol. 66, pp.173-196, 2011.

43. Calvin A. Colarusso M.D. "Sexual Abuse of Children as the Betrayal of a Sacred Trust". In: Betrayal: Developmental, Literary and Clinical Realms. Edited by Salman Aktar M.D. p135-162, Karnac: London, 2013.

44. "Why, Mrs. Robinson, The Seduction of Teenage Boys by Women in Classic Films. Calvin A. Colarusso M.D. American Journal of Psychoanalysis. (2014) 74: 233-249.

45. Calvin A. Colarusso M.D., "Be Careful What You Wish For: The Seduction of Three Teenage Boys by Middle-aged Teachers. In The Rape of Childhood, Symposium publication, Edited by Salman Aktar M.D. Lexington Books, New York, 2018, pp 49-86

46. Calvin A. Colarusso M.D.: Case Study, "Depression in Transition to Adulthood" In The Carlat Child Psychiatric Report, September/ October 2018

E-BOOKS

"The Aging Father: Life and Legacy of the Patriarch" 2011

11

"Guiding Your Toddler's Development: Eating, Sleeping, Toilet Training, and More" 2012

"Playtime for Grownups" 2012

"Child Sexual Abuse: What Parents Need to Know to Protect Their Children" 2012

"The Golden Age of Childhood: The Elementary School Years" 2012

"Sex After Forty" The Best You Ever Had!" 2012

"What Parents Need to Know About Choosing a Therapist for Their Child" 2012

"Surviving Adolescence: A Roadmap for Teens and Their Parents" 2012

"Finding Happiness in Parenthood: the Toughest, Most Fulfilling Job Ever" 2012

""In Pursuit of Happiness and Fulfillment" 2012

"Parenting Guide to Toilet Training" 2012

"With a Little Help from My Friends: The Nourishing Network of Adult Friendships" 2012

"Parenting Guide to Toddler Eating" 2012

"Why Size Matters: Childhood and Adolescent Sexuality: 2012

"Parenting Guide to Toddler Sleeping" 2012

"Midlife Crisis: Middle Aged Myth or Reality?" 2012

"What's On Your Toddler's Mind: A Roadmap to Toddler Thinking and Behavior" 2012

"Understanding Masturbation" 2015

"Cougars and Teenaged Boys in Classic Films" 2015

PRESENTATION AND DISCUSSIONS

- December, 1972: American Psychoanalytic Association, Winter Meeting, New York, New York. Discussant of a paper by Herman Roiphe, M.D., "Some Thoughts on Childhood Psychosis, Self and Object."
- December, 1972: American Psychoanalytic Association, Winter Meeting, New York, New York.  Presented a Title III Project, "Diagnostic Education Grouping with Strategies for Teaching," to a study group on disadvantaged children.
- April, 1973: Philadelphia Association for Psychoanalytic, Philadelphia, Pennsylvania. Presenter of case to Miss Anna Freud of the psychoanalysis of an adolescent boy with a severe learning disturbance.
- May, 1973: American Psychoanalytic Association, Spring Meeting, Dallas, Texas. Presented a Title III Project, "Diagnostic Educational Grouping with Strategies for Teaching," to a study group on disadvantaged children.
- November, 1974: University of California, San Diego Extension and San Diego Psychoanalytic Institute, lecture entitles "Freud—The Child Within," part of a series on Freud.
- April, 1975: Kaiser Permanente Hospital, San Diego, author of a script for a telephone call-in series, "Going to the Hospital for Three to Six Year Olds."
- May, 1975: American Psychiatric Association, Anaheim, California, Annual Meeting. Session sponsored by the National Council of Psychoanalytic Candidates and Clinical Associates, Inc. on "The Joys and Sorrows of the Practice of Psychoanalysis," a panel presentation entitles "How Psychoanalysis Allows Me to be a Better Teacher and Supervisor of Psychiatric Residents."
- October, 1975: San Diego Psychoanalytic Society, San Diego, California. Discussant at a scientific meeting of a paper by Beatrice Cooper, M.A., Rudolph Ekstein, Ph.D., and David Meltzer, M.D., entitled "A Child's Literary Production: Precursor of the Adolescent Struggle or Psychotic Breakdown?"
- January, 1976: San Diego Psychoanalytic Society, San Diego, California. Presenter at a scientific meeting on a paper entitled "A Severe Neurotic Learning Disturbance in a Gifted Adolescent Boy."
- February, 1976: Department of Psychiatry, University of California, San Diego. Discussant of a clinical case presentation at Grand Rounds.
- April, 1976: University of California, San Diego Extension Division and San Diego Psychoanalysis Institute. Lecture on "Loneliness in Childhood and Adolescence," part of a course on the meaning of loneliness.
- October, 1976: San Diego Psychoanalytic Society, San Diego, California. Discussant at a scientific meeting of a paper by Rudolph Ekstein, Ph.D. entitled "The Analysis of a Victorian Fairy Tale."
- October, 1976: University of California, San Diego Extension and San Diego Psychoanalytic Institute. Lecture on "Child Analysis" in a course entitled "Psychoanalysis Yesterday, Today, and Tomorrow."
- October-December, 1976: Child Guidance Clinic, San Diego, California, eight lectures on psychoanalytic child development, presented to the staff.
- November, 1976: Kaiser Permanente Hospital, San Diego, lecture on child psychiatric evaluation to the pediatric and psychiatric staffs.

- December, 1976: American Psychoanalytic Association, Winter Meeting, New York, New York. Discussant of a paper by John Munder Ross, Ph.D. entitled "Notes on Paternal Identity and Its Developmental Line."
- January, 1977: Combined meeting of the Southern California and San Diego Societies for Adolescent Psychiatry, La Costa, California. Lecture entitled "The Development of the Borderline Adolescent."
- December, 1977: Harvard Medical School, Beth Israel Hospital, Boston, Massachusetts. Presented at Grand Rounds with Robert Nemiroff, M.D., a paper entitled "Some Observations and Hypotheses of the Psychoanalytic Theory of Adult Development."
- March, 1978: United States Naval Hospital, San Diego, California. Lecture to the professional staff, "The Normal Development of Adolescence and its Implications for Treatment."
- April, 1978: Joint meeting, Los Angeles and Southern California Psychoanalytic Societies, Los Angeles, California. Presented with Robert Nemiroff, M.D., a paper entitled "Some Observations and Hypotheses on the Psychoanalytic Theory of Adult Development."
- May, 1978: American Psychoanalytic Association, Spring Meeting, Atlanta, Georgia. Presented "Some Observations and Hypotheses of the Psychoanalytic Theory of Adult Development" to the Developmental Core Curriculum Workshop.
- October, 1978: American Academy of Child Psychiatry, Annual Meeting, San Diego, California. Discussant of four papers.
- December, 1978: American Psychoanalytic Association, Winter Meeting, New York, New York. Chairman of a workshop following a panel entitled "Conceptualizing the Nature of the Therapeutic Action of Child Analysis."
- March, 1979: Association for Child Analysis, Annual Meeting, Charleston, South Carolina. Panel entitled "Vicissitudes of Transference and Countertransference Related to the Gender of the Analyst and of the Child: Presented a paper entitled "On the Effects of the Infantile Neurosis and the Gender of the Analyst on Transference during the Phallic-Oedipal Phase of Development."
- March, 1979: Western Regional Psychoanalytic Association, Los Angeles, California. Presented with Robert Nemiroff, M.D. a paper entitled "Authenticity and Narcissism in the Development of the Self in Adulthood."
- January, 1980: Southern California Society for Adolescent Psychiatry, Annual Meeting, Rancho Bernardo, California. Moderator of a panel on "Treatment Approaches to the Depressed Adolescent."
- February, 1980: San Diego Psychiatric Society, San Diego, California. Presented, with Robert Nemiroff, M.D., a paper entitled "The Father at Mid-Life: Crisis and the Growth of Paternal Identity."
- May, 1980: American Psychoanalytic Association, Spring Meeting, San Francisco, California. Presented with Robert Nemiroff, M.D., "The Therapeutic Implications of Adult Developmental Theory," to the Developmental Core Curriculum Workshop.

- May, 1980: American College of Psychoanalysis, Annual Meeting, San Francisco, California. Presented, with Robert Nemiroff, M.D., a colloquium entitled "Adult Development: A New Dimension for Psychoanalysis."
- May, 1980: Department of Psychiatry, University of California, San Diego, School of Medicine, San Diego, California. A two-day conference for mental health professionals entitled "Seasons of Our Lives." Presented a paper on "The Effect of Adult Developmental Concepts on Diagnosis." Other presenters: Judith Bardwick, Ph.D., Daniel Levinson, Ph.D., Robert Nemiroff, M.D., Marjorie Hanaen Shaevitz, M.S., and Morton H. Shaevitz, Ph.D.
- May, 1980: San Diego Personnel and Guidance Association, Spring Meeting, San Diego, California. Keynote lecture on "Dynamic Growth and Change in the Normal Adult."
- June, 1980: Vista Hill Foundation, Annual Conference, Pala Mesa Resort, Fallbrook, California. Presented a three-day seminar, with Robert Nemiroff, M.D. on "Adult Development: A New Development in Psychodynamic Theory and Practice."
- January, 1981: American Association of Directors of Psychiatric Residency Training, Inc., Winter Meeting, New Orleans, Louisiana. Presented a workshop with Robert Nemiroff, M.D. on "Teaching Child and Adult Development to Psychiatric Residents."
- February, 1981: Hanna Fenichel Nursery School, Del Mar, California, Parents meeting. Lectured on "Setting Limits—The Role of Frustration in Early Development."
- March, 1981: Department of Anthropology, University of California, San Diego. Presented, with Robert Nemiroff, M.D., a colloquium on "Adult Development: A New Dimension in Psychodynamic Theory and Practice."
- March, 1981: Association for Child Psychoanalysis, San Diego, California. A one-day workshop for mental health professionals on "Child Therapy from an Analytic Perspective." Served as a discussion group leader on "Adolescence: Another Chance."
- March, 1981: Association for Child Psychoanalysis, Annual Meeting, San Diego, California. Served as a discussion group leader following a panel on "Dreams in Child Psychoanalysis."
- April, 1981: University of California, San Diego, Extension Division Lecture Series, "Sigmund Freud, Update on Genius." Delivered a lecture entitled "Freud and the Child Within."
- May, 1981: American Psychoanalytic Association, Spring Meeting, San Juan, Puerto Rico. Delivered a paper entitled "Adult Developmental Theory and Transference" as part of a panel entitled "New Vistas in Transference." Chairman: Morton Shane, M.D., other panelists: Melvin Scharfman, M.D., Calvin Settlage, M.D., Reporter: Phillip Escoll, M.D.
- June, 1981: University of Southern California School of Medicine, Conference on Comparative Psychiatric Therapies, San Diego, California. Presented, with Robert Nemiroff, M.D., a paper entitled "Adult Development and Psychiatric Diagnosis and Treatment."

15

- October, 1981: University of Minnesota, Department of Psychiatry, Minneapolis, Minnesota. Grand Rounds, with Robert Nemiroff, M.D., on "Adult Development."
- November, 1981: Kaiser Hospital of San Diego Psychiatry Department, San Diego, California, a presentation of a paper entitled "Adult Development and Psychiatric Diagnosis and Treatment" with Robert Nemiroff, M.D.
- November, 1981: Naval Hospital at San Diego Psychiatry Department, San Diego, California, a presentation of a paper entitled "Adult Development."
- December, 1981: American Psychoanalytic Association, Winter Meeting, New York, New York. Delivered a paper with Robert Nemiroff, M.D., entitled "Adult Development and Psychoanalytic Diagnosis and Treatment."
- January, 1982: American Association of Directors of Psychiatric Residency Training Programs, Annual Conventions, San Antonio, Texas. Presented, with Robert Nemiroff, M.D., a workshop entitled "Teaching Child and Adult Development to Psychiatric Residents."
- March, 1982: San Diego Society for Adolescent Psychiatry, San Diego, California. As a part of a symposium entitled "Adolescent Psychiatry Update, 1982," presented a paper on "Diagnostic and Psychotherapeutic Principles in the Treatment of Adolescents."
- April, 1982: University of California, San Diego.  Presented a daylong Extension Division Course with Robert Nemiroff, M.D. entitled "Meet the Authors of Adult Development."
- May, 1982: San Diego Psychoanalytic Society, San Diego, California. Symposium entitled "The Treatment of Children: Perspectives from the Psychoanalytic Theory of Development." Presented a paper entitled "The Analysis of a Neurotic Latency Age Boy: the Effect of Psychopathology on the Development Process."
- June, 1982: Del Amo Hospital Visiting Lecturer Series, Torrance, California. Presented a paper entitled "The Developmental Orientation, An Organizer of Psychiatric Diagnosis and Treatment" and discussed a clinical presentation by a staff psychiatrist.
- June, 1982: Maricopa County General Hospital, Phoenix, Arizona. Presented a paper to the Psychiatric Staff entitled "The Developmental Orientation, An Organizer of Psychiatric Diagnosis and Treatment," and discussed a clinical presentation by a psychiatric resident at Grand Rounds.
- August, 1982: Sydney Psychoanalytic Society, Sydney, Australia. Presented a paper, co-authored with Robert Nemiroff, M.D., entitled "Adult Development and Psychoanalytic Diagnosis and Treatment."
- August, 1982: Melbourne Psychoanalytic Society, Melbourne, Australia. Presented a paper, co-authored with Robert Nemiroff, M.D., entitled "Adult Development and Psychoanalytic Diagnosis and Treatment."

- February, 1983: University of California, Davis, Ninth Annual Midwinter Program in Continuing Education for Psychiatrist, Lake Tahoe, California. Delivered two papers entitled "Some Hypothesis about the Psychoanalytic Theory of Adult Development" and "Friendship at Midlife."
- March, 1983: University of California, San Diego School of Medicine. Lectured on "Middle Adulthood."
- April, 1983: Changsha and Canton, China. As part of a delegation of child psychiatrist from the American Academy of Child Psychiatry, presented a paper entitled "The Separation Disorders and the Psychoneuroses in Children."
- June, 1983: Los Angeles Psychoanalytic Society. Presented a paper entitled "Psychoanalysis in the Second Half of Life" with Robert Nemiroff, M.D. and Eli Miller, M.D.
- June, 1983: University of Southern California School of medicine, Post-graduate Division and Department of Psychiatry and Behavioral Sciences conference on Comparative Psychiatric Therapies for Problems of the Middle Years, San Diego, California. Presented a paper entitled "Developmental Tasks Related to Midlife."
- September, 1983: Continuing Medical Education, Inc., San Francisco Psychiatric Symposium. Lectured on "Female Development at Midlife" The Female Midlife Crisis."
- September, 1983: Presented a seminar for mental health professionals, sponsored by C.P.C. Sunrise Psychiatric Hospital and the Arlington Branch of the Tarrant County Medical Society, Arlington, Texas on "Adult Development: Basic Hypotheses and Clinical Applications."
- October, 1983: San Diego Psychoanalytic Society. Presented, with Robert Nemiroff, M.D. and Eli Miller, M.D., a paper entitled "Psychoanalysis in the Second Half of Life."
- January, 1984: Colorado Psychiatric Society, 15th Annual Midwinter Meeting, Vail, Colorado, presented a weekend symposium on "The Race Against Time: Adult Development and Psychotherapy in the Second Half of Life."
- February, 1984: San Diego Psychoanalytic Institute and Society, Symposium on "Psychoanalysis and Femininity." Moderated a panel, which included Laila Karme, M.D., Ph.D., Gertrude Ticho, M.D. and Phyllis Tyson, Ph.D.
- April 1984: Arizona Psychiatric Society, Annual Scientific Meeting, Sedona, Arizona. Presented a weekend symposium on "Adult Development: Theoretical Concepts and Clinical Applications."
- April, 1984: University of California, San Diego, Department of Psychiatry, Symposium, "The Cutting Edge: The Psychotherapy of Borderline and Narcissistic Disorders" workshop leader on "The Borderline Child."
- May, 1984: American Psychoanalytic Association, Spring Meeting, San Diego, California, Workshop on Aging, chaired by Ralph Kahana, M.D. and Robert Tanower, M.d. Presented "Theoretical and Clinical Concepts on Aging" with Robert Nemiroff, M.D. and Eli Miller, M.D.
- June 1984: Psychiatry Department, U.S. Naval Hospital, San Diego, California. Lecture on "Play and Friendship in Childhood."

- December, 1984: American Psychoanalytic Association, Winter Meeting, New York, New York. Co-chaired a workshop with Morris Peltz, M.D. entitled "Child Analysis, The Patient's Wish for Contact with the Analyst's Body."
- April, 1985: University of California, San Diego, Department of Psychiatry, Symposium on "The cutting Edge: Clinical Applications of Kohut's Theories of Narcissism." Presented a paper entitled "Narcissism in the Adult Development of the Self."
- May, 1985: University of California, San Francisco, Department of Psychiatry, Symposium on "Midlife Issues: Problems and Possibilities." Presented a paper entitled "Adult Development: A New Dimension in Psychodynamic Theory and Practice."
- May, 1985: American Psychiatric Association, Annual Meeting, Dallas, Texas. Presented a paper entitled "Life Cycle Development" and, as part of a panel, "Three Ages of Depression: Developmental Considerations."
- September, 1985: San Diego Psychoanalytic Society, presented with Robert Nemiroff, M.D., John Hassler, M.D., Gary Levinson, M.D. and Eli Miller, M.D., "Technical Issues in Work With Older Patients."
- October 1985: University of California, San Diego, Department of Psychiatry, Psychoanalytic Interdisciplinary Seminar. Presented a paper entitled "Psychoanalysis with a Latency Age Boy."
- December, 1985: American Psychoanalytic Association, Winter Meeting, New York, New York. Co-chaired a workshop with Morris Peltz, M.D. entitled "the Analysis of an Adolescent Boy."
- January, 1986: Chilean Psychoanalytic Society, Santiago, Chile. Presented two papers, "the Analysis of a Latency Age Boy," and "The Race Against Time: Psychotherapy and Psychoanalysis in the Second Half of Life."
- February, 1986: Dallas Psychoanalytic Society and Department of Psychiatry, Southwestern Medical School, The University of Texas Health Science Center, Dallas, Presented seminar on "Midlife—Conflicts, Dilemmas and Satisfactions—Psychoanalytic Views on Adult Development."
- March, 1986: Association for Child Psychoanalysis, Annual Convention, Seattle, Washington.  Discussant, child analytic supervision workshop.
- April, 1986: Department of Psychiatry, University of California, San Diego. The Cutting Edge Symposium: "Master Clinicians at Work—How Psychotherapy Heals." Presented a paper entitled "Rattlesnake in My Bed."
- June, 1986: Michigan Gerontological Society, Detroit, Michigan. Presented a paper "Male and Female Development in the Second Half of Life."
- June, 1986: Michigan Psychoanalytic Society, Southfield, Michigan. Presented a daylong symposium on "Clinical Implications of Adult Development Theory."
- Fall, 1986: Vista Hill Hospital, Vista Hill Foundation, San Diego, California. Presented a series of four half-day symposia on "Normal Child Development—Clinical Applications.
- December, 1986: American Psychoanalytic Association, Winter Meeting, New York. Co-chaired a workshop with Morris Peltz, M.D. entitled "Analysis of an Oedipal-aged Boy."

- March, 1987: Department of Psychiatry, University of California, San Diego, The Cutting Edge Symposium. Presented a paper "Psychotherapy and Psychoanalysis With Older Patients."
- April, 1987: Houston Psychiatric Society, Houston, Texas, presented a lecture on "Male and Female Development at Midlife."
- April, 1987: Baylor College of Medicine, Department of Psychiatry, Houston, Texas, presented at Grand Rounds, "Clinical Implications of Adult Developmental Theory."
- April, 1987: California School of Professional Psychology, San Diego, California, presented a lecture on "Diagnostic and Treatment Considerations With Adult Patients."
- October, 1987: Western Regional Child Analysis Conference, Los Angeles, California.  Chairperson for morning case presentation and discussion.
- October, 1987: Phoenix Psychoanalytic Study Group, Phoenix, Arizona. Presented a seminar on "The Therapeutic Implications of Adult Developmental Theory."
- December, 1987: American Psychoanalytic Association, Winter Meeting, New York. Co-chaired a workshop with Morris Peltz, M.D. entitled "Analysis of an Oedipal-aged Boy."
- February, 1988: Southern California Psychoanalytic Society, Los Angeles, California. Seminar on Coping With Challenge and Trauma During Adult Development. Presented a paper entitled "Clinical Implications of Adult Developmental Theory." Other participants: Robert Nemiroff, M.D., Morton Shane, M.D., and Richard Simons, M.D.
- March, 1988: University of California, San Diego, Executive Program for Scientists and Engineers. Lectured on "Midlife and Beyond."
- April, 1988: Burton J. Conn Memorial Lecture, San Diego Psychiatric Society. Topic: "The Joys of Psychiatric Practice—One Man's Opinion."
- October, 1988: California Psychiatric Association Annual Meeting, Palm Springs, California. Presented a "Special Course" on "Adult Development"
- November, 1988: San Diego Psychoanalytic Society, San Diego, California. Presented a paper entitled "The Development of Time Sense in Adolescence."
- April, 1989: San Diego County Commission on Children and Youth: Series entitled" Psychotherapy with Children and Youth: The Experts Speak." Presented a seminar on "Teenage Assessments and Interventions: A Developmental Approach."
- May, 1989: Rancho Park Hospital and Residential Treatment Centers, San Diego, California. Lectured on "Identifying Normality: What's Normal, What's Not."
- September, 1989: University of California, Irvine, Department of Psychiatry, Grand Rounds. Lecture on "The Third Individuation: the Effect of Biological Parenthood on Separation—Individuation Processes in Adulthood."
- February, 1990: United States Naval Hospital, Portsmouth, Virginia. Delivered a paper entitled "Current Concepts of Young Adulthood."
- March, 1990: American Psychoanalytic Association, chaired a panel at San Diego, California, entitled "Conflict and Compromise: Therapeutic Strategies for Clinicians."

- September, 1990: Western Regional Child Analytic Meeting, Denver, Colorado. Chaired a presentation and discussion of an adolescent analysis.
- November, 1990: Southern California Psychoanalytic Institute and Los Angeles Psychoanalytic Institute, Los Angeles, California. Presented a paper entitled "The Analysis of a Neurotic Boy—A Case Study and 13-Year Follow Up."
- February, 1991: San Diego Psychoanalytic Society and Institute, San Diego, California. Symposium, The Males Mystique: New Perspectives on the Psychology of Men. Speakers: Laila Karme, M.D., Robert Nemiroff, M.D., Ethel Person, M.D., Kyle Pruett, M.D., John Munder Ross, Ph.D., and Robert Stoller, M.D. Delivered a paper entitled "Traversing Young Adulthood: the Male Journey from Twenty to Forty."
- April, 1991: The Toronto Psychoanalytic Society, Toronto, Canada. Symposium, The Observed Infant. Speakers: Beatrice Beebe, Ph.D., Scott Dowling, M.D., Richard Marohn, M.D., and Klaus Minde, M.D. Delivered a paper entitled "Some Effects of Infant Research on Clinical Work With Adults."
- April, 1991: Austin Riggs Psychiatric Center, Stockbridge, Massachusetts. Delivered a paper entitled "Traversing Young Adulthood: The Male Journey from Twenty to Forty."
- May, 1991: American Psychoanalytic Association, Spring Meeting, New Orleans, Louisiana. Co-chaired a workshop with Morris Peltz, M.D. entitled "Issues in the Analysis of Latency Aged Children."
- August, 1991: American Psychological Association, Annual Meeting, San Francisco, California. Discussed four papers on child analysis by Jill Miller, M.A., Jack Novick, Ph.D., Kerry Kelly Novick, Ph.D., and Alan Sugarman, Ph.D.
- December, 1991: American Psychoanalytic Association, Winter Meeting, New York, New York. Co-chaired a workshop with Morris Peltz, M.D. entitled "Issues in the Analysis of Late Adolescents."
- March, 1992: San Diego Naval Hospital, Department of Psychiatry Grand Rounds, "Male Development in Adulthood."
- May, 1992: San Francisco Psychoanalytic Institute, San Francisco, California, presented a paper entitled "The Analysis of a Neurotic Boy—A Case Study and 13-Year Follow-Up."
- September, 1992: University of California, Irvine, Department of Psychiatry, presented a paper entitled "Traversing Young Adulthood: The Male Journey from Twenty to Forty."
- December, 1992: American Psychoanalytic Association, Winter Meeting, New York, New York. Co-chaired a workshop with Morris Peltz, M.D. entitled "Analytic Techniques and Process in the Analysis of a Pre-Latency Child."
- February, 1993: San Diego Psychoanalytic Institute and Society. Symposium on "Male-Female Relationships: Sex and Gender Conflicts in Psychotherapy." Presented a paper entitled "Love Among the Ruins: The Quest for Intimacy at Midlife."
- February, 1993: Maricopa Medical Center, Phoenix, Arizona. Presented a paper entitled "The Analysis of a Latency-Aged Boy: A 13-Year Follow-Up."

- May, 1993: American Psychoanalytic Association, Spring Meeting, San Francisco, California. Co-chaired a workshop with Morris Peltz, M.D. entitled "The Analysis of a Pre-Latency Child—Middle Phase."
- October, 1993: Department of Psychiatry, University of California, San Diego, Grand Rounds at Children's Hospital. Presented a paper entitled "Play Throughout the Life Cycle: A Developmental Consideration."
- October, 1993: John. W. Mudd, M.D. Memorial Western Clinical Psychoanalytic meeting, Squaw Valley, California.  Discussed a paper by Gerald Fagel, M.D. entitled "Psychological-Mindedness as a Defense."
- December, 1993: American Psychoanalytic Association, Winter Meeting, New York, New York. Co-chaired a workshop with Morris Peltz, M.D. entitled "The Analysis of a Pre-Latency Child—Termination Phase."
- January, 1994: The Association for Child Analysis and The Division of Psychoanalysis, American Psychological Association, Seminar on "The Nature of Change: Child Analytic Patients Who Return To Treatment As Adults" at Columbia University, New York. Presented a paper, "The Analysis of a Neurotic Boy: A 17-Year Follow Up."
- January, 1994: Grand Rounds, University of California, San Diego, Child Psychiatry Division. Presented a paper entitled "The Analysis of a Neurotic Boy: A 17-Year Follow Up."
- December, 1994: American Psychoanalytic Association, Winter Meeting, New York. As part of a panel on "Classics Revisited: Erikson's Childhood and Society," Presented a paper entitled "The Adult and Society, The Elaboration of Erik Erikson's Legacy to Psychoanalysis."
- March, 1995: Bethesda Naval Hospital, Grand Rounds. Presented a paper, "Male Development in Young Adulthood."
- April, 1995: Grand Rounds, University of California, San Diego, Child Psychiatry Division. Presented a paper entitled "Mother, Is That You?"
- September, 1995: Houston Psychoanalytic Association, Houston, Texas. Presented a paper entitled, "Traversing Young Adulthood—The Male Journey From Twenty to Forty."
- December, 1995: Grand Rounds, University of California, San Diego, Child Psychiatry Division. Presented a paper entitled "The Fourth Individuation: Separation-Individuation Processes at Midlife."
- May, 1996: San Diego County Inn of Court. Lectured on "Causes, Recognition and Adaptation to Stress in Professional Life."
- May, 1996: 27th Annual Margaret S. Mahler Symposium on Development, Philadelphia, Pennsylvania, sponsored by the Philadelphia Psychoanalytic Institute and Society and the Department of Psychiatry, Jefferson Medical College. Presented a paper entitled "The Fourth Individuation: Separation-Individuation Processes in Middle Adulthood." As part of a symposium entitled "Through the Seasons of Life: Separation-Individuation Perspectives."
- October, 1996: Texas Club of Internists Conference, San Diego, California. Presented a paper entitled "Male Development in Adulthood: Paths to the Pinnacle of Life."

- February, 1997: Discussed three papers presented by Dianne Elise, Ph.D., Steven Alexrod, Ph.D., and Michael Diamond, Ph.D., which were part of a panel entitled "Boys to Men: Transformation of Masculinity in Adulthood," at the Spring meeting of Division 39 of the American Psychological Association, Denver, Colorado.
- April, 1997: Grand Rounds, San Diego Naval Hospital, Department of Psychiatry. Presented a paper entitled "Traversing Young Adulthood, The Male Journey from Twenty to Forty."
- May, 1997: Presented "The History of Child Analysis in San Diego," at a panel on "The History of Psychoanalysis in San Diego, at the Spring meeting of the American Psychoanalytic Association, San Diego, California.
- May, 1997: Presented a paper entitled "Reflections on the Nature, Clinical Uses and Philosophy of Psychoanalytic Developmental Theory,: at the Vulnerable Child Workshop, Chairman, Ted Cohen, M.D.; Spring Meeting, American Psychoanalytic Association, San Diego, California.
- May, 1997: Presented a pre-circulated paper entitled "The Development of Time Sense in Middle Adulthood" at the Spring Meeting of the American Psychoanalytic Association. Discussant, Morris Peltz, M.D.
- September, 1998: Presented four papers and discussed cases with Korean Psychoanalytic Study Group, Seoul, Korea.
- April, 1999: Presented a seminar to University of California, San Diego, Child Psychiatry Residents on normal child development, Children's Hospital and Health Center, San Diego, California.
- October, 1999: Presented a paper entitled "Separation—Individuation Theory: Concepts and Utilization Throughout the Life Cycle," Western Regional Child Analytic Annual meeting.
- November, 1999: Presented at Grand Rounds, University of California, San Diego/Children's Hospital and Health Center, a paper entitled "Separation—Individuation Theory: Concepts and Utilization in Childhood and Adulthood."
- April, 2000: Presented a daylong workshop, Maricopa Hospital, Phoenix, Arizona, "Work and Play, Developmental Considerations."
- December, 2000: San Diego Psychoanalytic Extension Division, "Treating Young Adults, The Male Journey From Twenty to Forty."
- March, 2001: Appalachian Psychoanalytic Society, Knoxville, Tennessee; presented daylong symposium on "Separation—Individuation in Middle and Late Adulthood."
- September, 2003: Presented a paper "Fatherhood in Late Adulthood," at a symposium on Fatherhood at the San Diego Psychoanalytic Institute.
- May, 2005: Buenos Aires, Argentina Psychoanalytic Society, Presented a paper "The Case of Mr. T. The absence of a Future. The Effect of Past Experience and Current Developmental Conflict on a Midlife Analysis.
- January 2007: Presented Grand Rounds at the University of California/ Children's Hospital on Child Sexual Abuse.
- June, 2007: Buenos Aires, Argentina Psychoanalytic Society and Travesia Foundation for the Study of Midlife, Presented a paper "The Resolution of an Adolescent Trauma in Midlife, a Clinical Presentation.

- November 2007: San Diego, California. Presented a seminar on Stress Reduction to the San Diego Superior Court Judges Forum.
- June 2008: Buenos Aires, Argentina Psychoanalytic Society and Travesia Foundation for the Study of Midlife, presented a paper "Aloneness and Loneliness in Midlife", co-authored with Dr. Guilermo Julio Montero.
- June 2008: Buenos Aires, Argentina, Presented the keynote address at the Ninth International Congress of Traumatic Stress; a paper entitled "The Effects of Chronic Sexual Abuse in Childhood on Fifty Years of Adolescent and Adult Development".
- June 2008:  Buenos Aires, Argentina, presented a series of lectures at Universitad Maimonides on Separation-Individuation Throughout the Life Cycle, Play in Adulthood and Wisdom in Late Adulthood.
- January 2009: San Diego Psychoanalytic Institute. Presented a paper "Aloneness and Loneliness in Midlife", co-authored with Dr. Guilermo Julio Montero.
- April 2009:  Presented a paper, Living to Die and Dying to Live: Normal and Pathological Considerations of Death Anxiety at the Mahler Symposium in Philadelphia, Pa. sponsored by Jefferson Medical College and the Philadelphia Center for Psychoanalysis
- July 2009:  Presented at a panel at the International Psychoanalytic Association Convention in Chicago with Michael Diamond (USA) and Steve Axelrod (USA) and Eike Hinze (Germany) and Martin Tiesing (Germany) entitled "Being a Man, Yesterday and Today—Lifespan Perspectives On The Changing Face of Masculinity.
- July 2009:  Presented at a panel at the International Psychoanalytic Association Convention in Chicago with Guillermo Julio Montero (Argentina) and Ruben Basili (Argentina) entitled "Growing Old During Midlife: Clinical Case and Metapsychology.
- October 2009: Presented four days of seminars, lectures and case discussions to the Korean Psychoanalytic Study Group and Society, Seoul, Korea.
- October 2009: Present an audio tape of a presentation of a child analytic case to Anna Freud in 1973 to the San Diego Psychoanalytic Society and Institute.
- September 24, 2010: Presented material from "The Long Shadow of Chronic Sexual Abuse: Developmental Interferences Across the Life Cycle" at a scientific meeting of the San Diego Psychoanalytic Society and Institute. Discussant, Marti Peck PhD.
- January 14, 2011: Present "The Long Shadow of Sexual Abuse: Developmental Interferences Across the Life Cycle at Grand Rounds at UCSD/Childrens Hospital in San Diego
- March 29, 2011: Present "Midlife Development: Transition or Crisis" at Grand Rounds at the University of Alabama at Birmingham
- September 2011: Presented four days of seminars, lectures and case discussion at the 31st anniversary symposium of the Korean Psychoanalytic Association in Seoul, Korea along with five other international guests.
- January 2012:  Lecture to third year psychiatric residents at UCSD on Adult Development

23

- June 2, 2012:  Keynote Lecture to the Fundacion Travesia in Buenos Aires, Argentina. Title: "A Psychoanalytic Retrospective: Thoughts on Essence of a Happy and Fulfilled Life."
- January 4, 2013: Present "Death, Immortality and Rejuvenation in Film" at the San Diego Psychoanalytic Society and Institute. Discussant: Alain Cohen PhD. Professor of Film Studies at UCSD.
- October 11, 2013. Present "Why Mrs. Robinson? The Seduction of Teenage-Boys by Women in Classic Films" at the San Diego Psychoanalytic Institute with Alain Cohen PhD, Professor of Film Studies at UCSD.
- September 26, 2014: Present "The Lure of the Mad and Beautiful: Streetcar Named Desire with reference to Blue Jasmine" at the San Diego Psychoanalytic Center with Alain Cohen Ph.D., Professor of Film Studies at UCSD.
- October 3, 2015: Present "A Fifty-Year Psychoanalytic Retrospective, Clinical Imperatives" and discuss a case by Dr. Yang-- to the Korean Association of Psychoanalysis (KAPA) and the Korean Study Group and Allied Center of the International Psychoanalytic Association. Seoul, South Korea.
- November 7, 2015: Present "A Psychoanalytic Retrospective: Thoughts on a Happy and Fulfilled Life and "The importance of basic psychoanalytic concepts for doing psychoanalysis and psychotherapy and a case presentation. San Diego Psychoanalytic Center, San Diego, CA.
- April 2016: Lecture to third year psychiatric residents at UCSD on Adult Development and Aging
- February 2017: Lecture to psychotherapy students at the San Diego Center for Psychoanalysis on "The Fear of Death."
- November 2017: Lectured at the San Diego Psychoanalytic Center, with Robert Epstein M.D. on "Chronic Child Sexual Abuse: The Effect of Sexual Orientation and Object Choice: A Case Report and Treatment."
- April 2018: Presentation at the 49th Annual Margaret S. Mahler Symposium on Child Development; co-sponsored by the Psychoanalytic Center of Philadelphia and the Department of Psychiatry, Sidney Kimmel Medical College of the Thomas Jefferson University. Title of the Symposium: "The Rape of Childhood: Developmental, Clinical & Social Aspects of Sexual Abuse. Title of the Presentation: "Be Careful What You Wish For, The Seduction of Adolescent Males by Female Teachers."
January 19, 2019: Discussant at the Symposium on Aging sponsored by the San Center for Psychoanalysis and the International Psychoanalytric Association.
October 2021: Invited by a study group of psychoanalysts from Seattle, lead by Werner Schimmelbusch M.D. to lead a discussion of my paper on "Separation Individuation in Adulthood: General Concepts and the Fifth Individuation, Journal of the American Psychoanalytic Association, 48/4 1467-1488. On Zoom
February 2021: Invited to participate in a fourth-year seminar at the Houston Psychoanalytic Institute to discuss my papers on Separation Individuation throughout adulthood--in Young Adulthood (1991) Psychoanalytic Study of the Child 45:170-194; in Middle Adulthood (1997) In "The Seasons of Life, Separation-Individuation Perspectives" ed. S. Akhar & S. Kramer, Northvale,

New Jersey.Aronson, pp. 73-94; and Separation-Individuation Phenomena in Adulthood: General Concepts and the Fifth Individuation, Journal of the American Psychoanalytic Association, 48/4 1467-1488.

September 2021: Korean psychoanalytic association, international symposium. Presented a paper on separation individuation phenomenon throughout the life cycle by Zoom.

January 2022: presented a seminar by Zoom to the Korean Psychoanalytic Association on Psychoanalytic Psychotherapy with Adolescents.

EXPERT REPORT OF CALVIN A. COLARUSS0
8460 Whale Watch Way
La Jolla, California 92037

Deposition and Trial Experience
Of
Calvin A. Colarusso M.D.

Qualifications

I am a Board Certified Adult and Child Psychiatrist practicing at the above address.

Compensation

My hourly fee for deposition and record review is $800 per hour. Fee for trial is $4,000 per half day.

Deposition and Trials

I have participated in the following depositions and trials, as an expert witness, during the years from 2001 through 2022.

2001

Alamo v. Chacon:  Deposition, January 29; Trial, February 15, Superior Court of San Diego, #743610.

Clubb v. San Diego County Employees Retirement Association:  Hearing #01-05, March 6.

Kelly Johnston v. Target Corporation:  Deposition, March 19; Trial, August 22, Superior Court of San Diego #GIC 746393.

Light v. AT&T Wireless, City of Hawthorne, Detective Neil Conner et.al.:  Deposition, May 15, Superior Court of Los Angeles #YC037801.

Silvas v. South Bay Community Services et.al.:  Deposition, Superior Court of San Diego #731401.

Johnson v. Seiler et.al.:  Hearing, May 30, File No. 635-007.

Goldner v. Scripps:  Deposition, June 13, Superior Court of San Diego.

German v. Vulcan Material Company:  Deposition, July 25; Trial, August 20, San Diego Superior Court.

Mark Torvinen v. N. San Diego County Transit District Development Board et. al.: Deposition, July 23, San Diego County Superior Court #753905.

Armando Ramos & Susana Ramos, guardians ad Litem for Dolores Ramos, a minor v. Dan Cameron, Trustee, Dan Cameron Living Trust:  Deposition, August 13, Superior Court of California, Imperial County #99405.

Littman v. Provident Life and Accident Company:  Deposition, August 16, United States District Court #00cv2043J(AJB).

Andres Roman Diaz et. al. v. Steven DeBoer et. al.:  Deposition, November 14, Superior Court of San Diego, Central Division #GIC758439.

2002

Devin Daniels et. al. v. Phillip Morris Incorporated et. al.:  Deposition, Jan 3 and 15, San Diego Superior Court #719466.

Guyman v. Hilton et. al.: Deposition, January 16, District Court, Clark County, Nevada #A422013.

Packard v. Zagami:  Deposition, January 24, San Diego Superior Court.

Vargas et. al. v. Terry C. Lau, et. al.:  Deposition, January 30, San Diego Superior Court, North County GIN 010808.

Canos v. Ford Motor Co.:  Deposition, February 27, San Diego Superior Court, Northern Division #GIN 014432.

Niebla v. Boles et. al.:  Deposition, February 28; Trial March 11, San Diego Superior Court, GIC 756992.

Logan v. Fire Insurance Exchange:  Deposition, March 13, Superior Court of San Diego County, Central District  GIC761377.

Klemz v. USA:  Deposition, March 14, United States District Court, Southern District of California, Civil No. 00cv01240-B (LSP).

Cabral v. United Parcel Service:  Deposition, April 18 and April 24, Superior Court of California, County of San Diego, #GIC 768020.

Hoebeck v. Franks et. al.:  Deposition, May 2, Superior Court of California, County of San Diego GIC 773058.

Ray v. Kroeker and Schwanke:  Video Court Testimony, June 5; Trial, September 15, San Diego Superior Court, North County GIN 013590

Anderson v. Sunbeam Products:  Deposition, June 6, United States District Court, Southern District of California #01 CV 1109 1EGC (LAB).

Jamieson v. Piancone:  Deposition, June 14, San Diego Superior Court GIN 014425.

Nguyen v. Nguyen:  Deposition, July 1; Trial, July 24, San Diego Superior Court GIC 770779.

Cook v. Pardee:  Deposition, August 7, Superior Court of California GIC 769046.

Fowler v. C & M Chevrolet, et. al.:  Deposition, September 4, Trial, November 14, San Diego Superior Court #GIC 774064.

Cooper v. San Diego County Sheriff's Department:  Deposition, September 30, United States District Court, Southern District of California #01cv0816-JM (POR).

Sullivan v. Kaiser Permanente:  Deposition, October 7, in arbitration.

Easterby v. City of San Diego:  Trial, October 10, San Diego Superior Court GIC 775975.

Shahin v. Gibson, AOL Time Warner:  Trial, November 13, San Diego Superior Court GIC764020.

2003

Klemz v. USA:  Trial, February 10, United States District Court, San Diego, Civil 00cv01240-B (LSP)

Crowes v. City of Escondido, etc.: Deposition, February 14, United States District Court, Southern Division #99-0241-P (RBB).

Sotomayer v. Bycon Gin Contractors, et. al.: Deposition, February 17, Superior Court of California, County of San Diego #GIC 774021.

Hodge v. Montezuma Child Development Center, San Diego Unified School District: Deposition, February 17, San Diego Superior Court #GIC 789407.

Leon et. al. v. McCabe Unified School District: Deposition, April 1, Superior Court of California, Imperial County L-00773.

Cook v. Pardee:  Trial, May 22, recalled to testify, July 1, Superior Court of California GIC 769046

Nichols v. Hamilton Street Homeowners Assoc.: Deposition, July 2, Testify, September 9, Superior Court of California GIC 793435

Martin v. Rick: Deposition, September3, Testify November 20 and 24, Superior Court of California, County of San Diego GIN 025386.

Martinez v. Farmers Insurance Group: Deposition, September 10, Superior Court of California, County of San Diego GIC 778391.

Reynoso v. Tri City Medical Center: Deposition, September 17, Superior Court of California County of San Diego, North County Division GIN 019205

Vov. Outdoors Resorts etc.: Deposition, September 25, San Diego Superior Court GIC 791401

Ramirez v. Sanders et. al.: Deposition, October 17, Superior Court of California, North County San Diego Branch GIN025403

2004

Meyerman v. Burgess, Batchelder as conservator of the Estate of Clara Burgess: Testify in arbitration hearing, January 20, California Superior Court, Riverside, Indio Branch #INC 027498

Goldstein v. Montecatini, Helen Azar PhD and Shamssi Liaghat PhD: Deposition, January 29, Superior Court of California, North County Division GIN 018945

Peters v. Finisterra: Deposition, January 26, Superior Court of California, Orange County 02cc16181.

Williams v. Travelodge: Deposition, April 14, Testify, April 20, Superior Court of California, San Diego GIC 810932.

Quiroga v. Henry, CKE Restaurants: Deposition, May 10, Superior Court of California, County of San Diego GIC 801496.

Hofmeister and Vargas v. San Diego Fire Department et. al: Deposition, May 27, San Diego Superior Court GIC 795907.

Rivera-Wilson v. Amory M.D., Tri-City Medical Center: Deposition, May 28, Superior Court of California, County of San Diego, North County Division GIN 019070.

Mani v. Yarpezishkan, Laffer, Qualmag and Matranga & Correia:  Deposition, June 9, Superior Court, County of San Diego, Central Division GIC 807763.

Bonnici v. Forecast Corp: Deposition, June 16, Superior Court of California, Riverside Division RIC 361721.

White v. FAV Inc. Deposition, September 28, Superior Court of California, San Diego, #GIC 789177

People of the State of California v. Thad Jesperson, Testify, December 14, Superior Court of California, County of San Diego, SCD 174204.

Reynoso v. Tri City Medical Center et. al, Deposition, December 15, Superior Court of California, Northern Division, GIN 019205

2005
White v. FAV Inc. Testify, January 19, Superior Court of California, San Diego, #GIC 789177

Boyd v. Kaiser, Deposition, March 2, Superior Court of California, East County, GIE 016137

Reynoso v. Tri City Medical Center, et.al, Testify, April 5, Superior Court of California, Northern Division, GIN 019205

Burton v. San Diego School, June 8, Deposition, Superior Court of California, San Diego County, GIC 832358.

Nester v. Shah, June 13, Deposition, Superior Court of California, County of Los Angeles, East District, KCO 43366R

Sesmilich v. Diocese of San Diego, Our Lady of Peace School, June 27, Deposition, Superior Court of California, County of San Diego, GIC 835250.

Holly B. v. San Diego Unified Schools, Testify, June 27, Superior Court of California, County of San Diego, Central Division, GIC 832358.

Tumara Boyd v. Willie Boyd, Deposition, October 27, Superior Court of California, San Diego County, GIC 840274.

People of the State of California v. Howard Eugene Everett, Testify, November 10, SCD 144317, Criminal Case: Anika and Megan Crosby v. Howard Eugene Everett III, Superior Court of the State of California, Central Division, GIC 841885.

2006
Loughran-Smith v. Patterson Dental Supply, Deposition, January 26, Superior Court of California, San Diego, GIC 842646.

Jesus and Elizabeth Garcia v. Shop Mart, Escondido, Inc., Deposition, February 22, Superior Court of the State of California, County of San Diego, North County Division, GIN 036980.

Loughran-Smith v. Patterson Dental Supply, Testify, February 27, Superior Court of California, San Diego, GIC 842646.

Nester v. Shaw, Testify, March, Superior Court of California, County of Los Angeles, East District, KCO 43366R

5

Jesus and Elizabeth Garcia v. Shop Mart, Escondido, Inc. Testify, April 4 and 5, Superior Court of the State of California, County of San Diego, North County Division, GIN 036980.

Evidentiary Hearing, US Marine Base, Miramar, May 24,, Testify, Cpl. Joyce.

California Capital Insurance Co, Golden Eagle and State Farm v. DCSS Inc., Kalen Myers, Deposition, June 5, Superior Court of California, County San Diego, GIC 852200

Rocca v. Jennifer Johnson, et..al, Deposition, June 19, Judicate West, Case #A 121054-14.

Casey v. Kennedy, Roseville School District, Jess Borfon, Don Genasce, Officer Padilla et. al, Deposition, July 7, County of Placer, California Superior Court, SCV 17497.

California Capital Insurance Co, Golden Eagle and State Farm v. DCSS Inc., Kalen Myers, Testify, July 31, Superior Court of California, County of San Diego, GIC852200.

Deposition, October 30, Avila v. Dresick Farms et al., el Centro Superior Court, Case #L00916

Deposition, December 18, Irene Infinger v. Jerek West Limited DBA, Superior Court of California, San Diego East County, El Cajon, #GIE 019323.


2007
Deposition, January 8, Cardenas v. Ford Motor Co., Kennedy Tires, Superior Court of California, County of San Diego GIC 850655.

Deposition, March 19, Hana v. Robert Elliott Doyle, Mountain Water Ice., Superior Court of California, San Diego East County, GIE 029550

Deposition, March 26, Prejean v. Van Voorhis, Superior Court of California, San Diego, North Division, GIN 048645.

Deposition, April 18, Leopoldo Duron, Jr. v. Guidant Corporation., U.S. District Court, Minnesota, Third Division #06-cv-25 MDL #1708 (DWF/AKB)

Testify, April 30, Andrea Palmer v. Mario Villegas, Superior Court, California, Central GIC 849487.

Deposition, July 11, Manny S., Michael G., Juan S. v. First Brethren Church of San Diego, etc. Superior Court of California, County of San Diego, GIC867536

Deposition, August 6, Serrano v. Paradise Valley Hospital, San Diego Superior Court, GIC 866046

Deposition, August 28   Orozco vs. San Antonio Community Hospital. Superior Court of California, County of San Bernadino, Rancho Cucamonga District RCV 088927

Testify, September 4, Avila/Gonzalez et. al. v. Jose Lopez Navarro and Dresick Farms. L-00916, Superior Court of California, Imperial County.

Testify, October 10, People of California v. Robert A. Cissna. Superior Court of California, County of San Diego, Central Division, SCD 204169.

Deposition, November 1, Theresa Tran v. YMCA of San Diego County, Superior Court of California, County of San Diego, Central Division GIC875074

2008

Deposition, January 4, Woodward vs. Hoffman-La Roche et al. U.S. District Court, Southern District of Florida. General Jurisdiction Division, Case No. 04-080506 Cu.

Testify, March 3, People of State of California v. Robert A. Cessna. Superior Court of California, County of San Diego, Central division #SCD 204169.

Deposition, March 5, Porras v. Sweetwater Union School district. Superior Court of California, County of San Diego GIC 877257.

Deposition, July 7, Michael Taylor v. MedImpact Healthcare Systems Inc.; Howard Wild & Does 1-20. Superior Court of California, County of San Diego GIC 880378.

Deposition, August 11, McQuistion v. Equity Residential Properties Management. San Diego Superior Court, Central Division. No. 37-2007-00068365 CV-PO-CZ

Testify, August 14, Mark Rome v. SmithklineBeecham Corp. dba Glaxosmithkline et al. United States District Court, Central Division of California, Southern Division SACVo4-00332JVS (PJWX)

Deposition, August 25, David Breeding vs. USA #06CV0672J, U. S. District Court, Southern District of California

Deposition, August 28 and September 29, In arbitration: Heather, Joe, Natalie, Elias and Jonah Paraiso vs. Kaiser Foundation Health Plan Inc., Kaiser Foundation Hospitals and Southern Permanente Medical Group

Deposition, October 6, Patricia Frankowski vs. Wind & Sea Townhouses HOA, Superior Court of California, County San Diego, North County Division, 250-7900

Deposition, November 17, Stweart Thompson v. Healthsouth Corporation, Rancho Bernardo Surgery Center, Daniel Brian DeRoo, Superior Court of California, County of San Diego, North County Division, GIN 058423

2009

Deposition, January 15, Anisa Wieder v. San Diego Unified School District, John Lee and Elizabeth Laughlin, Superior Court of California, County San Diego, Central Division #37-2007-00076-87-CU-NP-CTL

Deposition, March 3, Anderson v. Precious Blood, Diocese of San Bernadino, Superior Court of California, Riverside County #RIC 493867

Deposition, March 24, Alicia Moore v. Fred Hammond DDS, Mission Valley Oral and Maxillofacial Surgery, Superior Court of California, County of San Diego #37-2007-00082230-CV-MM-CTL.

Deposition, March 25, Jane and Janet Doe v. Rich Stockton et. al., San Diego Superior Court 37-2007-00081754

Arbitration, March 26, Paraiso v. Kaiser. See deposition of August 8, 2008

Deposition, May 20, Do v. Trunh, Superior Court of California , Orange County #07CC11169

Trial, June 15, See January 2009 deposition, Wieder v. San Diego Unified School District.

Deposition, July 1, P. Allen Earley v. Chubb Custom Insurance Co. Superior Court of California, County Imperial #EUCO4461

Deposition, September 2, Thompson vs. Croswell, Superior Court of California, San Diego County, Northern Division, #37-20008-00054084-CV-PA-NC

Trial, September 21. See March 24, 2009 deposition, Moore v. Hammond

Trial, December 8. see Thompson v. Healthsouth Corp, Deposition, November 17, 2008

2010

Deposition, January 12, Jade Ray, a minor by and through her guardian ad litem James Ray vs. Grossmont Unified School District and Heather Hargett, Superior Court of California, County San Diego, #37-2008-00087380-CV-NP-CTL

Trial, February 2, See Thompson vs. Croswell deposition of September 2, 2009

Deposition, April 6, Alexa G. and Maria B. minors, by and through their guardian ad litems v Ryder Systems, Inc, First Student, Inc., Antonio Corbala. Superior Court of California, County of San Diego-Central, #37-2009-0088362-CU-PO-CTL

Deposition, April 7, Juan Manuel Vallejo Navarro, a minor, by and through his guardian ad litem, Maria Del Rosario Navarro Perez, individually and as Successor in Interest of Joel Vallejo Servin, Deceased v. Ecology Auto Parts, Inc. Superior Court of California, County of San Diego—Hall of Justice # 37-2009-00084741-CU-PO-CTL.

Trial, May 27, P. Allen Earley as Trustee of the Allen Earley 1998 Family Trust, and the Allen Earley Palnters Prtoject LP v. Chubb Custom Insurance Co, Smith-Kandal Insurance Agency; Kuiper Insurance Co. In Brawley, California.

Deposition, June 10. Maik Roe, Erik Roe, Chris Roe, Guillaume Roe, Plaintiffs v. Educational Resource Development Trust/Share!, a California Corporation, Man Karlsson, Doyle Meyer, Jr., Patricia Whitfield, Kelli Jones, and Does 1-100. Superior Court of California, County of Los Angeles, Santa Monica Courthouse, LA Sup. Ct., Case No: SC 103140.

Trial, July 1, See Juan Manuel Vallejo Navarro, deposition, April 7, 2010

Deposition, July 27. Abdou v. City of San Diego, Francis Lansang and related cross-actions., Superior Court of California County of San Diego, Central Division, Case No. 37-2009-00084426-CU-PA-CTL

Deposition, October 13.  Sarah E. v. Robert and Naomi Cissna. Superior Court of California, Central Division, San Diego 37-2009-00096675 CU PO CTL

Deposition, October 14. Nicole Montemura v. Stone Brewing. Superior Court of California, San Diego, Northern Division.  37 2009 00061342 CU OE NC

Deposition, November 23, Barry A. Leonard and Sherry a. Leonard vs. Samuel Holmes and Standard Parking Corporation, Circuit Court of the seventh Judicial Cir4cuit in and for St. Johns County, Florida. CA – 09 – 3772 (55).


2011

Deposition, January 18. Valdez v. Pacific Bell. U.S. District Court, southern district of California. 09 – CV0811 – JAH (AJB)

Deposition, March 22, Zavala v. Albertsons, Superior Court of California, County of San Diego, East. 37-2009-00068119-CU-OE-EC

Deposition, July 19, Stephen Crowe, et al., vs. County of San Diego, et al., 99-0241-R

Trial, July 25, St. Petersburg, Florida. See November 23, 2010 deposition of Leonard vs. Holmes.

2012

Deposition, January 25. Bloomenfeld vs. Qualcomm. Superior Court of California, County of San Diego 37-2007-00069180-CU-OE Testify in court, San Diego, February 9 2012.

Deposition, February 8, Christensen vs. Orange County, Superior Court of California, County of Orange, Central Justice Center 30-2009 00326985.

Deposition, February 15, Nadelle Williams vs. Todd Nielsen, et al. Superior Court of California for the County of San Diego 37-2-1- 00060105-CU-PA-NC

Deposition, April 17, C. S. a minor, et al. vs. Heritage & Legends Homeowners Association, Court of California for the County of San Diego, Northern Division 37-2011-00052511-CU-PO-NC

Deposition, May 24, Damian Navarro vs. Allan Clark, Kristy Clark, and does., Superior Court of California, County of San Diego Northern Division, 37-2011-00057411

Deposition, June 15, Kristine Heindl; William Heindl and Kaitlyn Heindl, a minor vs. Mark Martinelli, Mission Grove realty, Leah Hamilton, Christopher Walker, superior Court of California, County of Orange. No number listed

Deposition, July 5, Edward James West, a Minor and Jude M, Jr, a minor by his Guardian ad Litem, June M. Sr. vs. La Mesa Spring Valley School district, Guido Magliato. Superior Court of California, County of San Diego, Juvenile Division Case No. 37-2010-00105796-CU-PO-EC

Deposition, July 6, Marshall R. Abbott, III vs. Frank Kevin Yoo M.D.; Pierre R. Lotzof M.D.; Pomerado Hospital; Pomerado Health. Superior Court of State of California, County of San Diego, Central. Case No. 37-2009-00083016-CU-MM-CTL

Deposition, October 10 Austin Doe and Brandon Doe vs. Pacific Health systems, Robert Poizner. Superior Court of California, County of San Diego, Central Division. Ase No. 37-2011-00092552-CU-PO-CTL

Deposition, December 21, Kathleen Heyd, Michael Heyd and Elizabeth Heyd, a minor vs. Otto Bock Healthcare LP, Otto Bock Orthopedic Services LLD. Superior Court of California, County of San Diego, Case number 37-2011-00850-CU-PL-CTL

2013

Trial, Superior Court of California, El Cajon, February 28, Edward James West, a Minor and Jude M, Jr., a minor by his Guardian ad Litem, June M. Sr. vs. La Mesa Spring Valley School District, Guido Magliato. Juvenile Division Case No. 37-2010-00105796-CU-PO-EC.

Deposition, March 27, John Doe v. Del Mar Thoroughbred Club. Superior Court of California, County San Diego, Central. Number: 37-2012-00091674-CU-PO-CTL

Deposition, April 8, Frank W. Mitchell, Mary Christine Mitchell, Christopher Damitz, Lou Nunez and Luis Nunez IV v. USA, Courtney Nunez. USA District Court, Southern District of California, Civil Case Number: 09CV0387-BTM (JMA).

Deposition, April 17, Luke Rubin Acuna, a minor, by and through his Guardian Ad Litem, Dawneva Acuna vs. City of San Diego, Shawn Lee Bailey, Superior Court of California, County of San Diego, 37-2012-00094286-CU-PA-CTL

Testify, April 23, Nunez v. USA, Santa Ana, California.

Deposition, May 1, Brandon Gandara v. Poway Unified School District, Superior Court of California, County San Diego, Central, 37-2011-00098735-CU-PO-CTL

Deposition, May 8, The People of California v. Antonio Fortanel Osuna, Superior Court of California, County of San Diego, Court Number SCD188468

Deposition, May 13, Steve J. Svitak v. Dawn Maurien Thompson, N. County Transportation, Superior Court opf California, San Diego County, North 37-2011-0005239-CU-PA-NC

Testify, May 28, The People of California v. Antonio Fontanel Oasuna. See deposition of May 8

Deposition, September 18, Isabel Shim by and through her guardian ad litem Michael Shim and Eva Skulsky vs. Chelsea Berk, John Berk and Does. Superior Court of California, County of San Diego #37-2012-00083062-CU-PA-CTL

Deposition, October 8, Austin Doe and Brandon Doe vs. Pacific Health Systems.  Second session. See deposition of October 19, 2012.

Trial, November 4, Isabel Shim vs. Chelsea Berk, etc. See September 18, 2013 deposition.

2014

Deposition, February 5, Benjamin Evans, by and through his Guardian ad Litem, Edward Evans v. James Enriquez, Aaron Michael Melchor; West Shore Ambulance Service.

Superior Court of California, County of San Diego, Central #37-2012-000100754-CU-PA-CTL.

Deposition, March 13, Jane Doe, a minor, by and through her Guardian ad Litem, Stephanie Doe, Plaintiff vs. Academic Unity, LLC dba Children's Castle, a limited liability company; Theresa Christensen, an individual; Correy James Loftin, an individual. Superior Court State of California, County San Diego, East County Division #37-2-012-00066719-CU-PO-EC

Deposition, April 18, Jim Maxwell and Kay Maxwell, individually and as guardians of Trever Allen Bruce and Kelten Tanner Bruce and Jim Maxwell, as executor of the Estate of Kristin Marie Maxwell Bruce vs. County of San Diego, Alpine fire Protection District; Viejas Fire Department; Deputy Lowell Bryan "Sam" Bruce; Does 1-50. United States District Court, Southern District of California Case No. 07 CV-2385-JAH (WMc)

Deposition, May 14, Audrey Briann Aguilar, a minor, through her Guardian ad Litem, Rosie Aguilar; Gerardo Aguilar an individual v. State of California, Tricor America, Inc. Superior Court of State of California, County of San Diego, Central, No. 37-2012-00096554-CU-PA-CTL

Trial, June 4 (one half day) and 5 (full day), Austin Doe and Brandon Doe v. Pacific Health Systems. See depositions of October 9, 2012 and October 8, 2013.

Deposition, July 3, Ofelia R v. Tom Posti, M.D., Superior Court of California, County of San Diego, #37-2013-00033112-CU-PO-CTL

Trial, September 4, Aguilar v. State of California, see deposition of May 14.

Deposition, October 21, 2014, Carra Crouch v. Trinity Christian Center of Santa Ana, Inc., et al. Case No. 30-2012-00577733, Superior Court of California, Orange County.

Deposition, November 14, Sacramento California. Jane Doe, a minor by and through her Guardian Ad Litem, Hector Doe vs. Folsom Cordova Unified School District, Hadisa Saedy, Doe Students 2-25, and Does 26-50. Superior Court of California, County of Sacramento. Case No.: 34-2013-00138370

Hearing, December 2, brought by the defense to exclude my testimony in Carra Crouch v. Trinity Christian Center of Santa Ana (see deposition of October 21, 2014), Judge denied the defense request.

2015

Deposition, January 6, Kristl Thompson et al, vs. The Scott Fetzer Company, et al. Circuit Court of Jackson County, Missouri at Independence, #1316-CV26862, Division 13

Deposition, March 19, Melody Monroe v Laura Anderson, M.D., District Court, Denver county, Colorado, #2014CV119.

Deposition, March 25, Superior Court of California, County of San Diego, Mark Vezzani, Lincoln Westerbind vs. UPSI Inc; Greg Binde; Mar-Can Products; Bruce Arliss Warner; Pete Negrite; Jeffrey Ray Deshazer; and Does 1-60, inclusive. #37-2013-00032927-CU-PA-CTL

Trial, April 21, 2015. Full day. See deposition of April 18, 2014, Maxwell vs. the County of San Diego.

Trial, May 13, Denver Colorado, full day, Melody Monroe v. Laura Anderson M.D. See deposition of March 19, 2015.

Deposition, May 21: Charles (Doe) vs. Water of Life Christian School. Superior Court of California, County of San Bernardino, Case No: CIVDS1314661

Deposition, May 27: In RE: the arbitration between Roberto Morales v. Kaiser Permanente and Marco Tomassi M.D.

Deposition, June 24, Imani Tyus as guardian ad litem for L.R.,et al vs. Ambassador International Ministries, et. al. San Diego Superior Court, Central District #2014-83433-CD-PO-CTL

Deposition, July 29: Bryan Piva and Garrett Piva vs. Polaris Industries, Inc., Imperial Valley Cycle Center, Inc. Superior Court of California, County of San Diego, North County Branch, #37-2013-00041883-CU-PL-NC.

Deposition, August 4, Eric Bee, Mariana Bee, Andrew Bee and William Bee vs. Timotny Hawken, Paul Hawken, Superior Court of Califiornia, County of San Diego, Central Judicial District # 37-2014-00038147-CU-PO-CTL

Deposition, September 12, Lahib Naser Romaya and May Jak-Romaya v. Dependable Highway Express, Inc., The Dependable Companies, Carlos Depries Cervantes, Superior Court of California, County of San Diego, Central, #37-2014-000958-CU-PA-CTL

Arbitration, September 14, Romero vs. Kaiser, Judge May

2016

Deposition and video recorded court testimony, January 21, 2016: Cristian Lopez, individual and on behalf of the estate of Chris Lopez, deceased and as Guardian Prochein Ami for I.L., a minor and Tanya Lopez, individually vs. State of Hawaii, State of Hawaii Department of Transportation, County of Maui; Doe Defendants 1-13; Doe Government 1-25

13

Video recorded deposition, February 24, Todd Liess, Blanca Liess v. The Vons Comnpanies, Inc.; erroneously sued and served herein as Anheuser-Busch Companies, Inc. Superior Court of California, County of San Diego. Case no.: 37-2012-00087904-CU-PO-CTL.

May 4: Deposition: Mark Vezzani, plaintiff: James Engel; Joan Engel, Plaintiffs, vs. Greg Binde; VPSI, Inc., Bruce Arliss warner; Mar Con Products defendants, and all related actions and cross-actions. Superior Court of California, County of San Diego Case No.: 37-201200083242-CU-PA-CTL

June 16: Deposition: Lindsey Tapia vs. Christian Bakkelund; Superior Court of California, Central Division, San Diego, Case No. 37-2015-0037579-CU-PA-CTLL

July 6: Deposition: Jane Does vs. YMCA of Silicon Valley, Mt. Madonna YMCA; Nicholas Lhermine; Superior Court of California County of Santa Clara, Case No. 114CV265774 (consolidated with Case No. 114CV271412).

July 21: Deposition, second deposition of Jane Does vs. YMCA of Silicon Valley, Mt. Madonna YMCA; Nicholas Lhermine.

September 28: Deposition, Mark Dietrich v. Doe 1, Souting organization, Doe 2, Counsel & Does 3-1000. Superior Court of California, County of Solano, #FCSO41141.

October 12: Deposition, Stephanie McCarley, an incompetent person, by and through her Guardian ad Litem, Lori McCarley v. Rady Children's Hospital, San Diego; Anesthesia Service Medical Group, Inc., Edgar Canada M.D., Neelish Tipnu M.D. Superior Court of California, County of San Diego, Central. No. 37-2014-00018445

November 4: Deposition, Breanna Romero , a minor, by and through her guardian ad litem, Maria Torres, and Darleena Romero, aka Darleene Gray Romero, aka Darlenna Gray, a minor, by and through her guardian ad litem, Gracie Gray vs. Robert Prada, Albert Macias, Kashmire Nightclub, a fictitious business entity, City of Imperial ECU08320 Superior Court of California, County of Imperial, El Centro Division.

2017

January 16: Deposition, John  Doe 31 v. Boy Scouts of America, et al. Sacramento County Superior Case Number 34-2015-00178264.

May 9: Full day of trial, Superior Court of Orange County, Carra Crouch vs. Trinity Christian Center of Santa Ana. Case No. 30-2012-00577733

May 17: Testify in Superior Court of California, San Diego, Cental Division. Julie Burton, an individual as Guardian Ad Litem for Katherine Carnahan, a Minor Individual vs. Lakeside Union School District; Shane Cable, an individual; and Does 1 to 50, inclusive. Case No.: 37-2015-00013325-CU-PO-CTL

June 15: Testify in Superior Court of California, County of San Diego, Central Division. Toby Morin vs. Sunrise Medical (US) LLC, a corporation, National Seating & Mobility, Inc., A Corporation and Does 1 through 50. Case number: 37-2015-00027916-CU-PL-CTL

August 9: Deposition, Michelle Ables v. John Goode and Does 1-100. Superior Court of California, County of San Diego, Central 37-2016-00014020-CU-PA-CTL

August 21: Deposition, BN, a minor, by and through Scott & Renee Newsome, her parents v. Cortona-Norco Unified School District, Riverside Superior Court. # RIC 1507026

September 25: Deposition, John Roe, by and through his guardian ad litem Heather F v. Redlands Unified School District, Superior Court of California, County of San Bernadino CIVDS1513742.

September 29: Deposition, Kelci Ellis-Alverez vs. Allstate Indemnity Company. In the underinsured motorist arbitration matter, Case NO: UIM ARBITRATION.

October 15: Arbitration Ellis-Alverez vs. Allstate Indemnity Company. Juidicate West, Honorable Linda Quinn

October 26, Deposition. John Roe, individually, by and through his Guardian Ad Litem, Heather F., v. Redlands Unified School District. Case NO: CIVDS1513742 Superior Court of California, County of San Bernardino Central

November 1: Deposition, Jane Doe, by and thru Guardian Ad Litem, Thomas Aguirre v. David Park, Hacienda La Puente Unified School District, Cheli McReynolds, and Does 1-25. Superior Court of California, County of Las Angeles # BC 609644

December 5: Testify in the Jane Doe vs. David Park, Hacienda La Puente Unified School District, Los Angeles Superior Court, Los Angeles, CA.

December 18: Deposition, Nancy Botkin v. Business Office Outfitters; Superior Court of California, San Diego Central, 37-2016-00012839-CU-PO-CTL

2018

January 10, Deposition, Lettica Bareno vs. Community College District. Superior Court of California, San Diego, Central Division. 37-2014-00003962-CU-OE-CTL

January 18, Deposition, John Roe, Harley Renfro, John Roe 2 v. Grossmont Union High School District, Superior Court of California, County of San Diego, Central. 37-2015-00004806-CU-POI-CTL

January 25, 2018, Trial, Superior Court of California, San Diego, Central. Stephanie McCarley v. Rady Children's Hospital, Anesthesia Service Medical Group, Edgar Canada M.D., Neelesh Tipnis M.D. 37-2014-00018445-CU-MM-CTL

February 5, 2018, Deposition, Superior Court of California, County San Diego, San Dioego Juidicial District. Lindsay Marie Smith, a minor, through her guardian ad litem, Mark Redhead v. Antonio Arias, Cabanas Express LLC #39-2015-0003-979-CU-PA-CTL

May 14, 2018, deposition, Superior Court of California, County of San Diego – central. Case number 37 – 2017 – 00012062 – CU – WT – CTL. Kim Jessmine Pidlaoan v. Honeybee foods Corporation d/b/c Jollibee, a Delaware corporation; Ferdinand Fadriquela\

May 18, deposition, Superior Court of California, County of San Diego, central, Case number 37-2016-00016236-CU-PO-CTL. Rajoshuawian Gabrial vs. San Diego Unified School District.

July 12, deposition, Superior Court of Califonia, North County Division. Case NO: 37-2016-00045950 CU PO NC. Brian Hammerstrand v. Bill Oviatt

August 1, trial, Superior Court of California, County of San Diego, central, Case number 37-2016-00016236-CU-PO-CTL. Rajoshuawian Gabrial vs. San Diego Unified School District

October 3, deposition. Superior Court of California, County Riverside, WE Justice Center and Alex Passious, through his guardian ad litem v. Shannon Fosgett, MV USD, Eric Mooney, Robert McConigal

October 22, testify. United States District Court, Southern Disivion of California. United States of America v. Armando Gonzalez. (Border Patrol Women).

November 15, deposition, Ruby Rodriguez, a minor, by and through guardian ad litem Josephina Rodriguez vs. Joseph Alexandre, Home Energy Systems, Inc. Case no. 37-2017-000283300, Superior Court of State of California for the County of San Diego-North County

December 11, mediation, Logan vs. Buchbinder, San Diego, Ca.

December 13, trial testimony, John Roe, Harley Renfro and John Roe vs. Grossmont Superior Court of California, County of San Diego, Central, Case no. 37-2015-00004806

2019

January 10th, trial testimony,  Hammerstrand vs. Oviatt, see deposition of July 12, 2018

July 26, testify in court. Lucy Olango v. City of El Cajon, a municipality, Richard Gonsalves  Police shooting of brother in front of sister.

October 7, deposition, Minor Z vs. Santee Unified School District. Deposition by Mr. Winet. Plaintiff attorney Brian Gonzalez

November 25, deposition Shrewsbury vs. Atkinson/Walsh. Case No. RIC17049123 Deposition by Attorney Judy Steffy. Plaintiff attorney, Natalie Holm. Personal injury case.

2020

January 9, testify Shrewsbury vs. Atkinson/Walsh. Riverside Superior Court, Palm Springs, California

2021

March 26, 2021, Deposition, three Marines, Vincent Grano v. Sodexo Management, United States. District Court, Southern District of California Case. No: 3:18 cv 1818-GPC-BLM. Second deposition, two Marines on April 22, 2021

April 13, 12021, testify by Zoom  Superior Court of California, County of San Diego, La Foy vs.Richard Miller an individual, and Does one through 10. Case number 37-2018-00029453-CU-OE-CTL

May 29, 2021, Deposition, Melissa Guzman vs. Marriott international, Brian Perry and Renaissance Hotel Management Company. Superior Court of the state of California for the County of Riverside, Case number PSC 1601106

October 15, 2021, Deposition, Tamarra Smith vs. Chris Schaffer, Sean Schaffer. Superior Court. of California, County of San Diego, North County District. Case number 37-2018-00054602-CU-PA-NC. Deposition by Attorney Flowers for the defense. Plaintiff Attorney David Blaine. Personal injury, MVA

October 28, 2021, Deposition, Jane Doe, a minor, by and through her guardian ad litem, John Doe, plaintiff versus Union school District, Samuel Neipp, Jacqueline Horjes, Mary L, Berkey, Carole Carlson and Roes 1through 25 superior Court of California, county of Santa Clara, case number 19CV343088.

2022

January 7, 2022. Deposition. Hassan Almahmodi, a minor, by Mnshed Almahmodi, his guardian ad litem v. City of La Mesa, Walter Vasquez, La Mesa-Spring Valley School District, Gina Miller, Manjari Khanal.  United States District Court, Southern Division of California. Case number: 3:20–cv-2149–W-JLB

March 14, 2022. Jane Doe, a minor by and through her guardian ad litem, John Doe vs.
Union School Sistrict, Samuel Neiff. Jacqueline Horjes, Mary L. Berkey, Carole Carson.
Consolidated case number 19CV343101 and 19CV348167. San Jose California.
Deposition, October 28, 2021. Testify in court, San Jose, March 14, 2022.

Calvin A. Colarusso M.D.
Board Certified in Adult and Child Psychiatry
Retired Clinical Professor of Psychiatry, Volunteer Faculty
University of California at San Diego

Calvin A. Colarusso M.D.
8460 Whale Watch Way
La Jolla, CA 92037


June 8, 2021
The Life of Albert Zhang
A Psychological Study
Preliminary report pending receipt of additional information obtained through discovery or
otherwise.


   This is a report of a psychological study of Albert Zhang produced at the request of Attorney
Joshua Whitman of Milton, Leach, Whitman, D'Andrea & Eslinger, P.A. I am a board-certified
adult and child psychiatrist. I have been asked to serve as an expert witness in the case of
Albert Zhang, deceased v. Emory University.
   The opinions and conclusions in this report are based on the following:
A review of the following records:
   Educational transcripts from Highland Park High School, Southern Methodist University and
Emory.
   Medical records from Pediatric Associates of Dallas and Emory Counseling and Psychological
Services (CAPS)
   Albert's CVs, scholar profile and obituary and memorial service transcripts.
   Information obtained from Albert's devices. A May 12, 2019 text exchange with Daisy Li (DL)
and a May 15, 2019 letter from DL.
   Information obtained from Albert's devices during August 2019. Transcripts of August 21,
2019 an August 26, 2019 phone calls with DL, emails from prospective counsel, a timeline and
summary and photos of injuries.
   Emails and messages from Tim Zhang, Linda Liang, Linda Liang group, B▮▮▮▮ L▮▮▮, family
group, DL group one, two and three, Jasmine Wang Ciu, Jessica Wang, and Dr. Ed Goode PhD.
   Additional material from Dr. Goode, DL quote book, DL resume, and journal entries.
   Additional information regarding diary and suicide including a flowchart, time allotment, talk
plan, break up reflections, contact with lawyers, a suicide plan, receipts and a suicide note.
   A Zoom interview with Albert's parents, Tim Zhang and Linda Liang, lasting 95 minutes, on.
June 7, 2021.
                        Doing an Adolescent Psychiatric Evaluation
   I've done literally thousands of diagnostic evaluations and developmental histories and
profiles on children and adolescents during my more than fifty years of practicing adult and
child psychiatry. I've attempted to do the same here. But there is one strikingly obvious
difference. The adolescent involved is deceased and therefore not available to be interviewed.
Fortunately, Albert was an extremely bright individual who left pages of notes, letters and
emails. In addition, I had the opportunity to take a detailed history of his life from his parents,
just as I would in a typical adolescent psychiatric evaluation. Comments from his friends and
information from other sources were additional sources of information. I feel that I know a
great deal about Albert and will use that information, and my decades of understanding normal

1

development and pathology, and treating children and adolescents; to inform my expert opinions about Albert's life and his death.

*Comments that I make in this report will always be presented in italics.*


Developmental History Taken from Albert's Parents

Identifying Information:
Father – Tim (Tiegiao) Zhang, 47 years old, a physicist who works for the University of Texas Medical Center doing research on cell biology.
Mother –Jing Zhang, 48 years of age, a housewife.
Son– Albert Zhang, born ███████████████, died by suicide on August 30, 2019.
Son –B█████ Z████, born ████████████. He just finished the seventh grade
Daughter –C███ Z████, just finished the third grade.
  The family lives at 4511 Mockingbird Lane, Dallas, TX 75205.


Pregnancy labor and delivery:
  The pregnancy was planned. This was the couple's first child. Mother gained 30 pounds during the pregnancy which was carried to term. She did not use drugs or alcohol during the pregnancy. Labor lasted eight hours and culminated in a vaginal birth. Albert was in good health at his birth and weighted eight pounds. The delivery occurred in Japan.
  Ages 0-1: Albert was breast-fed for one year and then had a bottle until age 3. Mother was his primary caretaker during the first year of life. Developmental milestones occurred on time or were early. Albert began to use single words before he was a year-old.
  Ages 1-3: Because there was difficulty obtaining permission for Albert to come to the United States with his parents, he spent the years from 1 to 3 in China with his maternal grandmother. He was described during this time as a toddler who was exceptionally smart. He had a great memory at age 2. Toilet training was accomplished without difficulty by the age of two.
  Ages 3 to 6: Albert was described as a very intelligent, happy child. Albert did not attend preschool but did attend kindergarten. He was well behaved and made friends easily.
  Albert did not have any major illnesses or operations during his life.
  He had no psychological problems and did not receive any psychological treatment.
  Ages 6 to 12: Albert went to first and second grade in Boise, Idaho. He was identified as gifted in first grade and again in third grade after the move to Sacramento.  Because of his level of academic achievement, Albert skipped the third grade and was placed in the fourth grade. Grades three/four through sixth took place in Sacramento, California. Albert was well behaved and made friends. Hobbies included piano and violin lessons and an interest in golf and video games. The family went to Disneyland and spent time at local parks. Albert's brother, ███████, was born when Albert was seven years old. They got along reasonably well together. His sister was born in 2012 when Albert was 11. There were no relatives in the United States.
  Albert made outstanding grades throughout elementary school and junior high school. From the fourth grade through the eighth grade, he had a best friend, Amos. Albert was not involved in team sports but he did learn to swim.

By junior high school Albert was expressing his own opinions. He would not always follow directions but did not get into difficulties of any kind.

During these years Albert did not have a girlfriend. He never said that he wanted to be anything other than a boy and there was no evidence of cross-dressing.

Adolescence: the family moved to Dallas, Texas at the beginning of Albert's ninth grade year. Puberty occurred at age 13.  Albert did not ask any questions about sex from either of his parents and became more private after his body matured. Because Albert skipped the third grade and began kindergarten at an early age, he was two years younger than his classmates.

There is no evidence that Albert had a girlfriend or any sexual experience during his high school years. He was attracted to girls but did not do any formal dating. There was no evidence of cross-dressing and Albert never said that he wanted to be anything other than a boy. His best friend during senior high school was named Jason. They both went to college in Atlanta. Jason attended Georgia Tech.

Albert enjoyed programming computers. He was president of a high school club for Asian American students. He was not involved in drugs or alcohol and did not have any problems with the police. Albert developed strong opinions and did not want to listen to his father. He disagreed about limits and set appropriate limits of his own.

Emory:

Albert went to Emory when he was 16 years of age. He entered a scholarship program. The parents were told that there would be a "dedicated supervisor." This reassured them. Dr. Zhang went to college when he was 15 years of age. It was required that Albert attends orientation on his own. Mrs. Zhang decided to buy a house in Atlanta so they would have a place to stay when they visited Albert.

Dr. and Mrs. Zhang did not know that Albert went to CAPS on June 6., 2019. Although Albert was under 18 years of age at that time and decided to wait until he was 18 so that his parents would not be involved, the Center did not contact the parents about their 17 -year-old son seeking treatment. After Albert death, Dr. Zhang went to the Center to find out what had happened. The Center made him wait 40 minutes. It took him a month before he was able to get a record of Albert's visit to the Center.

Albert's mentor, Dr. Goode:

Dr. Goode was Albert's mentor. The parents did not meet him until the memorial service that they had for Albert at the funeral home. During that conversation Dr. Goode talked of his extensive, close involvement with Albert. He told Mr. Zhang that Albert approached him about staying at his home during the interval between moving out of the apartment with Daisy and being able to occupy his dorm room. Dr. Goode said that his house was not big enough for Albert or his possession. Dr. Goode said that Albert visited him three or four times during the days prior to his suicide because he was very worried about the Title IX action that Daisy took against him. Could he lose his scholarship? Dr. and Mrs. Zhang did not feel that Dr. Goode tried to get Albert help. "There was no real action." He never apologized for Albert's suicide. Albert did not communicate with his parents during the days prior to his suicide.

Daisy, Albert's girlfriend:

3

Daisy: Dr. and Mrs. Zhang feel that Daisy "hurt Albert." She abused him physically and mentally and used Title IX to threaten him. Daisy was Albert's first real girlfriend. Mother was worried about the relationship. Father was open to it at first. Mother heard from Albert that they were having sex. He was a minor.

Father was "shocked" when he saw the picture of Albert in a dress. Albert tried to calm his father's fears by saying that he was dressed like that for a costume party. Both parents told Albert not to date Daisy. She was not a good fit. Albert said it was his business. He liked her.

Mrs. Zhang reported an incident that involved Albert pressuring her so she would sign a release so he could drive before he was 18. She refused for two reasons. First, she wanted Albert to go to driving school before getting a license. Second, Albert wanted to buy a car but he was not 18 and needed a parent signature. Albert wanted the title to be under Daisy's name since she was over 18 years of age. Mother refused. She later agreed to pay for half of the car if Daisy would pay for the other half but Daisy refused.

Albert's suicide: *Dr. Zhang learned of his son's death from the medical examiner. No one from the school contacted the Zhangs. "It was outrageous."* When he heard of his son's death Dr. Zhang called the Emory office. They said that they didn't know who to call. An hour later a religious person called back. He had just joined the Emory staff a week ago and did not know anything. He urged the parents to come to Atlanta. Father left that night.

Dr. Zhang met the vice president for campus life and Dr. Goode.

## Medical Records from Adolescence

Albert was seen by Lauren Gore M.D. on April 17, 2015 for a 13-year-old well child visit. He was described as having a well-balanced diet and being very active outside of school. Albert enjoyed listening to music, using the computer, playing video games, watching television and movies, reading and spending time with friends. There was no pertinent past medical history and no surgeries. Albert had two younger siblings, ██████ and ██████. The physical examination was normal. A 2014 survey modified for teens, revealed no symptoms of depression.

Albert was also seen on June 22, 2016 by Charles Dunlap MD for a 14-year-old well teen visit. Albert was in the 11th grade at Highland Park High School and was involved in many activities. Circumcision was considered because the foreskin was tight and not easily retractable. Albert was referred to urology for possible circumcision. A Health Provider Survey did not reveal any signs of depression.

## High School
### Educational Transcripts Records from Highland Park High School in Dallas, Texas

Albert graduated on June 1, 2018 with a GPA of 4.5960. Performance acknowledgments were made for bilingualism/biliteracy. Albert ranked eighth in a class of 548

## Comments From Two High School Friends at the Memorial Service for Albert on October 18, 2019 at William Cannon Chapel in Atlanta, Georgia

The comments of these two High school friends reveal a great deal about Alberts's relationships and behaviors during high school. Jason Lu described how the two young men did

tutoring together. They also took on a large-scale research project at Southern Methodist University.

Albert worked very hard. His scope of knowledge was absolutely incredible. Albert would fall asleep in physics class and still get the best grade. "He was always there for me in high school. He was so enthusiastic about the simplest things in life, like very simple." Mr. Lu described Albert as a great cook. He loved to make fried dumplings or eggs and potatoes stir fried at his home. Albert was very supportive as a friend and inspired him in many ways.

A second, high school friend, William, knew Albert for four years. He remembered Albert as always smiling no matter how tough of a day he had. The two young men talked a lot about girls. Albert helped a lot of people and was very dedicated to the community. He did amazing things and was a great tutor. William was particularly impressed with the way Albert went beyond being an academic tutor to Burmese refugees.

These two high school friends were in awe of Albert's intelligence. But they also saw him as a well-rounded teenager who had many interests and was kind and empathetic to everyone whom he interacted with.


Emory


Educational Transcripts from Emory

During the fall of 2018 Albert's grades were all As and one B+. He had a GPA of 3.83. During the spring semester he received 7As and achieve a GPA of 4.0. His cumulative GPA was 3.942. Albert also achieved a 4.0 average during the summer of 2019. His career total cumulative GPA was now 3.943

Curriculum Vitae from High School

The curriculum vitae includes academic and professional experience in high school and a picture of Albert.

Albert became involved in the Federal Defender program in September 2018. He assisted in the legal representation of indigent, death row inmates who were appealing their sentences.

From June to September 2018, Albert served as a research assistant at the University of Texas Southwestern Medical Center. The research involved designing novel computer vision algorithms for robust biomedical image segmentation.

From June 2017 through January 2018 Albert served as a research assistant at the University of Texas at Arlington. The research involved the development of artificial intelligence software for cancer survival analysis via integrated approach. The findings were presented at Stanford University's 2018 Pacific Symposium on Bio Computers,

From December 2015 through August of 2017, Albert was involved as a research intern at Southern Methodist University. The research involved an algorithmic way of studying geophysical ground information using computational radar imaging. The results were published in an SCI–accredited peer–review journal (Geomatics, National Hazards and Risk).

Community service in civic leadership:

Highlands Park ISD education task force, May 2017 to June 2018. The task force developed curricular and administrative policy. The task force consisted of district and community leaders. Albert represented student interests in high-level district discussions

Health and Education Largess program from July 2016 to June 2018. The program involves the early development and growth of regional educational opportunities for Burmese refugees. Albert offered free tutoring. The program was extended to include adult citizenship courses and health screenings

Education:
  Emory University, August 18 – May 2022 (Expected). Likely major: economic/computer science.

Awards:
  Robert W. Woodruff Scholar, Emory University
  Ben Weissman Scholarship and Servant Leadership award
  Voula Steinberg Scholar for Excellence in Mathematics
  National Merit Scholar, Emory University
  Semi-finalist, Siemens competition in math, science and technology
  First place, TM SCA State Science Competition, 2015

### Curriculum Vitae Describing Activities at Emory

Robert Woodruff scholar
Expected graduation –22C
Major– public policy in computer science
On campus involvement– Emory College Counsel, Media Counsel, Emory Undergraduate Medical Review, the Emory Wheel
Internship– Department of Health Policy and Management, Rollins School of Public Health. A nationally ranked research institution that prepares students to analyze and intervene in pressing public health issues
Internship roles– Conducted two studies of health policy and associated outcomes of care with Dr. Benjamin Druss, Director of Emory Center for Behavioral Health Policy Studies. "I'm analyzing 700 patients suffering from serious mental illness to quantify how experiencing homelessness affected obtaining care. With Dr. Steve Culler, I'm conducting a second project– an analysis of a Nordic valve surgery as it relates to cost– saving initiatives by Medi-Cal and Medicare".

### Descriptions of Albert's Personality by Emory Students
### Given at the Memorial Service on October 18 2019
*Albert comes to life through the following descriptions from his high school and college friends.*
  Karissa Kang: Albert's friends called him "the God" because of the brilliance of his mind. He had intense convictions and was larger-than-life. Albert seems to know everything. But he could be silly and laugh. He always wanted to take Karissa thrift shopping. They would talk for hours and also cry together.

  Puskar Shinde said Albert's thinking showed his underlying perceptiveness and humanity. He was warm and charismatic. There was almost nothing that Albert couldn't do. He immersed himself in whatever he was doing.

  Jean Wang said that Albert always had the energy to engage her in one of her favorite pastimes, mainly arguing. Albert had a whimsical side. He saw fun, but more than anything Albert was a really dependable friend. If Jean needed anything, Albert would be there.

Oliver said that Albert knew more than anyone he had ever met but he was human. Albert made a habit of doing his best in all instances. Albert, a fantastic snorer, enjoyed what he was doing.

Hala described Albert's interest in social justice in Atlanta. They would sing together.

*Albert's friends describe him as well-rounded, caring and extremely intelligent*

Communications Between Albert and His Family During His Time at Emory

Tim Zhang, Albert's father

Tim was depositing scholarship money in Albert's account. They discussed tax free money, refunds and tax returns. Tim provides a list of books for his son to read. They discussed food and cooking. There was a picture of pancakes

Albert told his father about a camping trip. Dad asks if it was part of the SAS. No, it's just he and Daisy. They discussed fishing. Father and son continued to discuss cooking and there was a picture of a knife, lettuce and eggs. They discuss where Albert might go for dental treatment.

There was a picture of someone's back with the letters A, B, C and E on it.

On July 1, 2019 Albert told his father that SAS took them on a white-water rafting trip last weekend. Pictures of the trip were included.

Albert sent his father a picture of Albert in a dress. Father asks whose dress is it? It's Daisy's dress. She took the picture.

Albert is going fishing tomorrow. His father says cool, but be careful.

On July 5, 2019 Albert talks with his mother and father. The parents are at their house in Atlanta and Albert is going there. They discuss food.

Linda Liang, Albert's mother.

Albert asks his mother to sign his driver's license permit when she comes to Atlanta. She tells him to ask his father. He replies that mother is leaving it up to father because she doesn't want to respond no. He will be 18 in October and will get one then anyway. Mother wants him to go to driver's school. She is worried that he will get in an accident. After October 21, when he turns 18, it will be his choice if he wants to drive. Mother and son discuss electricians and default breakers, apparently in connection with their house in Atlanta. Mother should mail packages to Daisy's apartment. There is a picture of a bag held by a hand painted nail, apparently Albert's.



B████ L███, Tim Zhang

They discuss a friend, C████. Albert asked his brother to tell C███ that he misses her. B████ is in San Antonio with C███. They are camping. B████ talks about a lemon ball tournament in school. Albert responds that it's very exciting. C███ says that she wishes she could play with Albert. Albert is in class during this communication.

B████ tells his brother that everyone thinks Albert's picture as a girl is super LGBTQ. Albert replies that he bought the dress for $3.50 at a thrift store. There is a picture of his hand with painted nails.

Tim Zhang tells his son about a news story in which someone got a tattoo on his/her private parts. Later the couple separated and the tattoo stayed. Albert says that his tattoo is not permanent, only experimental. Tim tells his son that he is lucky to be his father.

There is a picture of Albert's hand with painted nails. Underneath the picture it says. "Also Daisy and I did nails and I look fabulous." There is also a picture of Albert in the dress.


Communications Between Albert and Ed Goode Ph.D. Prior to the Crisis with Daisy

Edmund Goode Ph.D., was the Assistant Director of the Scholars program, the Office of Undergraduate Education at Emory. He was located at the Math and Science Center, E 200.

*Dr. Goode was Albert's mentor in the scholarship program. He was very involved with Albert in multiple ways throughout Albert's time at Emory, including at the time of his death.*

During October 2018 Dr. Goode contacted Albert about scheduling a proactive and advising appointment.

In November Albert and Dr. Goode exchanged emails about the summer program for scholars. Dr. Goode said he was thrilled that Albert would be joining them.

In January, 2019 Albert exchanged emails with his advisor about an internship search.

In February the two exchanged a series of emails about Albert's involvement with the school newspaper, the Wheel, and potential summer internship opportunities.

In April 2019 Dr. Goode contacted Albert about his readiness for internship. Albert signed up for a general Emory scholarship advising appointment with Dr. Goode. Emails between the two discussed how the interview went. Dr. Goode also contacted Albert about a pre-SAS dinner.

Email exchanges in May where about a group meeting and thematic readings.

Various June emails between the two concerned meeting for lunch, being prepared for class and getting readings out.

On July 5 Dr. Goode sent a letter to all of the scholarship students about activities for the summer

A July 31 email from Albert to Ed told his advisor that Albert was sick over the weekend but was happy to talk on the phone or drop by his office.


Daisy Li

*Daisy was Albert's first significant girlfriend. Albert began to consider suicide after they broke up and she reported him to Title IX*

The following letter of May 15, 2019 from Daisy to Albert sheds a great deal of light on who she is and how she thinks.

Daisy talks about endless hours of studying in high school and college, hoping to get into med school. She was willing to run herself into the ground and was telling herself that she enjoyed every step of the way. In reality, Daisy hated the time that she spent studying. Her eyes were so unbelievably tired. Daisy suggested that the root of the problem may be something more intimate, something resembling unchecked ambition, a more personal quest for glory beyond reach.

High school was not the best time of her life. She actually despised the medical profession because of the bad experiences that she had with doctors and dentists. Being a premed student impressed people, particularly Asian parents. It was something to brag about.

Everyone told her to take care of my health. She didn't listen. It became almost admirable that she could stay up later and later. It became a slow suicide that was drawn out across the space of many years.

When Daisy got her diploma from high school, she felt accomplished, and then she realized how naïve and dumb she was. Daisy spent all night studying and barely spoke to anyone, always studying for the next exam. Daisy was self-absorbed and isolated. She was an introvert at home. Daisy had little interaction with her parents and basically ignored her sister because she was too busy. They learned to leave her alone.

"The biggest wakeup call happened when senior prom came around. I had of course, skipped junior prom because I didn't have the time. It was the same weekend in between two weeks of AP exams and I was too busy worrying about chemistry." Daisy's Mom urged her to go but Daisy hated getting dressed up.

"I had not spent a single night with friends, not one for the entire year." Daisy went alone and left early.

Daisy hated people she wasn't close to because they were ambitious and she felt threatened. She also worried that her sister would achieve more than she did. That was hard to believe, her own sister. Daisy threw away sleep, health and people she cared about into the bottomless pit that was her ambition.

"I love you, Albert. I haven't told you that enough."

"I'm sorry for hurting you, I'm sorry for being silent. I can't think with these things all rattling around in my head. I realize that I've been making decisions as if I were still one person for a while which isn't fair." Daisy told Albert that he deserved more affection. She really did appreciate everything that he did for her even if she's terrible about communicating that.

Daisy wondered if everything that she had worked for would come crashing down if she didn't get into medical school. What Albert was asking for was not unreasonable, especially since he had already given up his ambitions to fuel hers.

"But I thought things through for now. I choose you."

"I know I've lost a lot of relationships already but I don't want to lose this one. I don't want to lose you. I love you."

*Albert makes reference to the letter in the next section of this report.*

The Relationship Between Albert and Daisy
As Described by Albert at the End of August, 2019
Timeline and Summary of the Case
*The entire time line and summary are direct quotes from* Albert's *statement*
*The statement was written after Daisy ended the relationship on August 15. It ends on August 27, 2019, three days before Albert's suicide*


**Background**

"My name is Albert Zhang. My last name appears as 'Liang' in the legal documents (long story). I am 17 years old and am a rising sophomore at Emory University in Atlanta, Georgia.  I am involved in public health research on mental health access in underserved populations. On campus, I'm involved in student government and am co-Editor in Chief of the Undergraduate

Medical Review (This is bad, as you will soon learn). I'm hoping to go to medical school and become a physician/public health researcher. I am a Woodruff scholar at Emory, which means that I received a full-ride merit scholarship. *My scholarship will be in jeopardy if any conduct action is taken against me.* (Italics, mine).

  I met Daisy Li (age 19, also a rising sophomore) about a year ago. We hung out a couple times during November and December 2018, and I formally asked her out (and started 'dating') in mid-January 2019 (about eight months ago). She is a very focused and driven person, but she is shy and guarded to outsiders. She puts on an outgoing, cheery face when talking to others, but she is quiet and fairly passive in public. Her natural instinct is to avoid conflict if possible. She will typically go her own way to avoid conflict. She can be passive–aggressive and petty when angered. When angered, she is much less passive and never the first to compromise. *I've heard her speak about Title IX related matters, and she strongly believes that judicial processes are biased in the favor of women like herself. She has said things like 'they'll never believe you' and 'who are they going to believe?' (Italics mine)*

  I would not say that are relationship is traditional from the perspective of gender norms. **I consider myself a gender queer.** I have a pair of earrings, wore nail polish over the summer, and there are a couple of pictures of me in a dress. Daisy and I would both cross-dress and did so frequently, especially over the summer. When doing so, I would go by the name 'Alexis.' *Sexually, she was often dominant. We practice bondage/ BDSM and I was submissive in those activities. (Italics mine).*

  I would consider the vast majority of our relationship to be positive and healthy. We went on dates, became physically intimate, and had consensual sex frequently enough. We ran on a joint ticket for co-Editors-in-Chief of the Emory Undergraduate Medical Review. We won.

  (Footnote. Since we were dating at the time, she was not my first pick for a running mate. I was afraid we would break up. My first pick ended up running against me, and so I asked her to run with me. She resented that she was not my first pick. She told her parents, who very much did not like that.)

**Older fights**

  We did have a few disagreements. Most were over commitment, time commitment, and communication/transparency. In almost every case, we would talk it out together civilly. I would present my thoughts and ask her to rebut them. Many times, she ended up agreeing with me (as I later learned, she looks back on this and views it as controlling and manipulative) I can think of two instances in which things were not resolved just by talking. Once, in March or April 2019, it was the day before a chemistry exam (very difficult). We were in the same class and studied together. It was late in the middle of the night, and I believe that Daisy was having a bit of a crisis. I asked her to stop and take a 5-minute break. She was so worried about the exam that she would not. *After pleading, I forcibly took the book and her laptop from her, and defensively blocked her from leaving the room out of concern for her mental health and safety. (italics, mine).* She became emotional and worried that she would not be able to complete her dream of becoming a doctor. Some crying later, we resume studying. She ended up performing fairly poorly on that exam, which she blames me for. I accepted fault and apologized at the time. She ended up receiving a B+ in the class. It is possible she may brand this incident as controlling or manipulative behavior that negatively impacted her academic performance.

The second incident occurred when we both returned to our hometowns (I am from Dallas, she is from Connecticut) for about two weeks in May. She was planning her schedule for the coming semester, and I expressed concerns that she would not have time to commit to the relationship (time commitments were a previous area of concern as well). We argued over the phone many times. It became very emotional and culminated in a three-page letter (attached) In which she 'chose me over medical school.' *(Presented before this section)* Her parents overheard the late-night arguing and essentially said 'it's okay to leave if you're not feeling happy.' She brushed them off. It is possible she may brand this incident as controlling or manipulative behavior.

**Summer 2019**

From mid-May to August 1st, I received housing under an Emory summer program. She was working as an Emory researcher over the summer and sublet an apartment near campus. I stayed over pretty much every night. **We fought a handful of times. Two or three of the fights became physical, and usually resulted in minor bruising.** We never hit or punch each other— more that she would either push me away or refuse to talk to me and I would become frustrated. Mostly grabbing and the like.

Once, we argued in public at Stone Mountain. To move our argument out of public, I tried to drag her to a spot on the trail with less people. There were people around us so I could not and was not overly forceful. I'm not sure if she ended up with a bruise. She ended up agreeing to talk in private and we worked out our differences. I don't believe she documented any consequences of our previous fights.

After one fight, we wrote down a list of ways to improve (attached). She promised to put more effort in the relationship, and I promised to give her more space when needed (attached).

Of note, *we pushed into new sexual territory during this time. We brought zip ties and a gag. I was submissive in this relationship. We would cross-dress frequently on weekends. (Italics mine).*

About this time (July, August) we both became fairly depressed and felt burned-out by work. Our relationship became less romantic. My summer program (and housing) ended at the end of July. *I (officially) moved in with Daisy. (Italics mine).*

**Breakup–inducing fight**

The evening of Wednesday, August 14th, Daisy and I fought again. It was over something stupid. The argument escalated and became physical. I'm not sure if she pushed me away and I pushed back or if she turned away and I grabbed. She emerged with a few bruises and a deep scratch mark on her leg. I broke my glasses and emerged with scratches on my back, a bruise on my chest, and a scratch in my groin. We reconcile that night and agreed on a plan to move forward. I woke up, kissed her goodbye for work, and went to work myself late (about 11 AM or noon).

This was Thursday, August 15th. I came back about 2 PM and saw her in the lobby of the apartment. She was with her boss, Julie (who also is a family friend). She had packed all of her stuff while I was gone. Her boss (Julie) did most of the talking, starting with 'you know what you did.' I was in shock and apologized profusely for my actions. She left with her boss/family friend. We promised to talk it out later. I remained in the apartment in shock.

About 30 minutes after she finished taking all of her things from the apartment, her boss's husband knocked on the apartment door and told me that (1) I was very lucky because she had not called the police, and (2) not to contact her in any capacity.

As I later learned, she must have showed up to work with noticeable bruising. **Her boss basically took charge. As I also later learned, she did not tell her parents.**

### After the Breakup

The next few days were physically sickening for me. I had to get out of the apartment. I reached out to mentors and called some friends and couch surfed. I did not contact her. I did not reply to club (EUMR) matters, even when she cc-ed me on emails. **A mentor of mine, Ed, told me to avoid apologizing and admitting guilt at any cost in case she would record any contact we had and use it against me.**

*Albert sought out Dr. Goode, his mentor in the scholarship program. He gave Albert very specific advice about what to do about Daisy going to Title IX. Dr. Goode became fully aware of Alberts anguish and involved himself in Albert's dilemma by giving Albert that advice. When Albert had no place to stay, he reached out to Dr. Goode and asked to stay with him until his dorm room was available on August 25. This request, and a request to store his belongings with Dr. Goode, were both rejected. Albert involved Dr. Goode in the suicide by telling him where to find his body. This information was provided by Albert's father. He had conversations with Dr. Goode in Atlanta in the days following Albert's suicide.*

Last Monday, August 19th, she texted me. 'I promised we would talk, and I intend to keep that promise.' I replied the day after, and we agreed to call each other on Wednesday, August 21st. I recorded the call. It was tense, and we disagreed on how we would proceed. I asked to remain friends, and she said she wanted as minimal contact as possible (Only EMUR club business). I asked how she felt. She said she felt shocked at first, then anger, and now indifference. However, she was still angry at me. She said things like 'people have been telling me to report you' and 'I don't believe that you changed' and 'you haven't even said sorry.' *I followed Ed's advice and did not apologize. I pivoted to how much the breakup hurt me and how much pain I felt instead. (Italics, mine).*

I reluctantly acquiesced to minimal contact. We set up a time to call the day afterwards to discuss more club business. **She said she had not known her boss told me 'no contact' and she gave me the okay to reply to club business. I did so.**

I called her the morning after (Thursday, August 20th) and we discussed the club. The call was tense (she was clearly mad at me) and it took about an hour and a half. I asked if she wanted to report me. **She said she was not interested because of the energy and time expenditure on her half. She warned me against 'overstepping' and said if I overstepped, she would consider filing a report.** We set up the time to walk through the apartment together (She wanted to make sure I had not trashed it) at 4 PM that day.

At around 2:30 PM on Thursday, August 20, she texted me calling off the meeting. I called her and asked why. She said that she had told her sister about the breakup and her sister started crying. Her parents found out and they had bought tickets to Atlanta for the next day. *She said her position on filing a report has not changed. (Italics mine). Albert is terrified that she will report him and he will lose his scholarship.*

We did not speak after that. I replied to more club business via email and text.

**This past weekend**

One thing to note is that we shared our Google calendars with each other early on in the relationship. After we broke up, I unshared my calendar with her but she did not do the same with my calendar. I was able to see her appointments and such.

On Sunday, August 25th, I move my belongings into my room. **It is on the same floor and in the same building as her room (A bit of coincidence, a bit of intention.)**

Over the weekend, I noticed she put CAPS (counseling and psychiatric services) on her calendar for Monday morning (see attachment).

On Monday, August 26th, after CAPS, I saw that she created a new event called 'title 9' for Wednesday morning. I begin calling lawyers. Later in the evening, I saw she had already been to the office of Title IX and updated her calendar accordingly (See attachment).

On Tuesday, August 27th, on the advice some of the lawyers I called, I unsubscribed from her Google calendar."

Timeline and Documents Detailing the End of the Relationship
Between Albert and Daisy.
Albert's Reaction in Documents, Leading to his Suicide.
Events after Albert's Suicide

Timeline:
January 19, 2019, they begin to date.
Winter/Summer of 2019--fights begin to occur, they become physical.
June 6, 2019, Albert goes to the Emory Counseling and Psychological Services
August 14, 2019 Albert and Daisy are involved in a violent, physical fight.
August 15, Daisy moves out of the apartment they were sharing during the summer.
August 15, Albert begins to journal.
August 19-25, Albert has no apartment or dorm room.
August 20, Albert reaches out to Dr. Goode for help and advice.
August 21, Albert records a phone call with Daisy.
August 25, after being homeless, Albert moves into his dorm room.
August 26, Albert learns that Daisy had gone to Title IX.
August 27, Albert calls lawyers.
August 28-29, Albert buys the equipment for his suicide.
August 30, Albert sends a message to Dr. Goode telling him where to find him. He leaves a note about a funeral and burial.

Dr. Goode finds Albert's body and calls the authorities.
September 4, an article appears in an Emory publication announcing Albert's death without mentioning that it was a suicide.
September 9, Mr. Zhang goes to CAPS.
October 16, 2019, Medical examiner Jeffrey Smith M.D., certifies Albert's death by suicide on August 30, 2019. The cause of death was asphyxiation with a plastic bag and nitrous oxide.

October 18, 2019, a Memorial Service is held. Dr. Goode and Albert's friends from high school and college speak. Dr. Goode makes no mention of his involvement with Albert in the weeks before his death and the suicide is never mentioned.

Documents that relate to the above outline will now be presented.
   Winter/Summer fights between Albert and Daisy. They were described in detail in Albert's Time Line and Summary of the Case.

June 6, 2019 the following narrative was signed by Colleen Duffy Ph.D. of CAPS.
   "Albert is 17 years old who turns 18 on October 21, 2019, wants to wait until then so he does not need his parents' consent for treatment. He wants to process how his relationship with his parents has impacted his relationship with himself and others. He does not want to be videotaped but no therapist preferences noted. He will contact CAPS assignments after October 21, 2019."
   Albert was asked to respond to a short sentence questionnaire about his family and himself. Some of those responses are stated here. Albert does get sad and angry when he thinks about his parents. He gave moderate responses to questions about enjoying his classes and feeling disconnected from himself. Albert felt very confident academically and was satisfied with his body shape. He gave a minimal response to a question about whether his family is happy or not. Albert is enthusiastic about life and makes friends fairly easily. He wishes his family would get along better. He responded positively to questions about being comfortable around other people and liking himself.
   In response to identity questions Albert identified his gender as male There was no response to a question about self-identity sexual orientation. In response to a question about his current sexual attraction feelings, Albert responded "Mostly attracted to women." Since puberty the only sexual experiences he has had been with women. Albert didn't like questions about race/ethnicity. His GPA was 3.9. In regard to relationships status, he responded "Serious dating." He lives alone. Albert hopes to be more comfortable with himself. He uses alcohol once a month or less and does not use marijuana or drugs.
   Albert has never attended counseling for mental health concerns. *He has never seriously considered suicide* (Italics mine). He has never caused serious physical harm to another person and has not been seriously abused by another person.
   Albert somewhat disagreed with this statement, "I get the emotional help and support I need from my family." He does get support from his social network, friends and acquaintances. Albert does not plan to join a fraternity.
   . Because Albert was not 18 years old, he was informed of the need for parental consent.
   Dr. Duffy wrote the following after interviewing Albert. "Albert is a 17-year-old, Asian-American heterosexual cis male. He is a rising sophomore double majoring in public health analysis and computer science and he is also taking pre-med classes. His CC APS scores were slightly elevated for social anxiety (42 percent) and elevated for family distress (85th percentile). No critical items were endorsed. Albert describes his presenting concerns as wanting to 'Be more comfortable with self.' He decided to come to Emory over Duke due to securing a Woodruff scholarship which could permit him financial independence from his parents. He reports having a strained relationship with his parents and describes them as

14

'typical Asian parents' who could be 'short' with him. He feels his parents have changed a lot since he was younger and that they are not as invested in him any longer since he moved to Emory for college."

The mental status examination was normal.

Risk assessment–*denied current suicidal ideation but didn't deny passive suicidal thoughts as a teenager due to his relationship with his parents. No intent, plans or means to commit suicide. (Italics mine). He is not suicidal in June, two months before he committed suicide)*

Interpersonal skills- Albert has good friendships at Emory-and has a girlfriend. He moved a lot as a child and found the freshman year at Emory a good experience because everyone was experiencing the same thing, being new.

Goals –Albert wants to wait until he is 18 in October before utilizing CAPS as he does not want his parents to be involved in his treatment. Albert would like to focus on understanding how his relationship with his parents has impacted his current functioning and interpersonal relationships

The fight of August 14 and Daisy moving out of the apartment they shared over the summer on August 15 are also described in Albert's Time Line and Summary of the Case.

August 15, Albert decides to begin to journal. Albert saw on WikiHow that journaling was a good way to get over a breakup.

"Daisy broke up with me yesterday. I was shocked at first. But after thinking about it for couple of hours, I feel like I understand everything that happened so much better. Daisy and I got together out of the mutual hate for school and work. I was working 10 hours a week at the federal defender program and two or three times at the Wheel. Pushkar was amazed about how I bragged about doing assignments hours before the deadline, but what he didn't know is that I was burnt out like crazy. . . . It was toxic. . . I was living a nightmare. Daisy was the same way. She was taking the same difficult classes that I was. . . working two or three labs– each 10 hours a week or more."

"*We were both incredibly lonely." (Italics mine)*

"We found each other and it was nice for a time. We comforted each other. . . And yet what I realize now that I didn't realize then in the moment is that the whole relationship started out as a band-aid.' . . . *It hurt like hell. But I can finally see the gaping wound that she covered up. And it has changed. It's not the same as before but it's still there."* (*Italics mine*). In December of last year, I shuttered. I was anxious. I had little social experience. Today, I've gone through an entire summer of essentially forced professional development (SAS!). I'm more mature and more aware of my interactions with others."

First, I need to establish a clear work/life distinction. . . Weekends are guidelines, and I still feel the stress during them because I want to work right through them. I stop myself then I feel guilty. I show up to work erratically. I do things right before the deadline on Sunday night at 3 AM. . . Only then can I open my feelings to friends. Only then can I develop meaningful (not – utilitarian) relationships . . .Only after a whole lot of that, only then can I consider bringing someone else close to my heart."

"I tossed and turned all night, thinking about her and everything good that happened. I woke up, and realized that was over. Time to start a new chapter of my life, a better one in which I've learned and grown from the past 8 (9?) months."

"I still feel nauseous. I cleaned my computer today and shoved a bunch of stuff into a folder called 'Reminders of Daisy.'

August 20, Albert reaches out to Dr. Ed Goode for comfort and advice. He states in his Timeline and summary- **"A mentor of mine, Ed, told me to avoid apologizing and admitting guilt at any cost in case she would record any contact we had and use it against me."**

*Dr. Goode, one of the directors of the scholarship program, was a mandatory reporter. He became fully aware of Alberts mental and emotional state and became actively involved by giving Albert advice on how to proceed. He never acted in his capacity as a mandatory reporter.*

August 21, Recorded phone call between Albert and Daisy. Albert called Daisy. She had agreed to talk.

*If possible, the transcript of the telephone call should be read and listened to in order to fully understand the intensity and desperation of Albert's feelings as he relentlessly pressured Daisy to talk about their relationship and what she intended to do in regard to reporting him.*

Daisy is feeling better. She says they have issues to settle about finances in terms of property. If she left anything, Daisy wants some of its back

In terms of EUMR she's not resigning. If Daisy has to, she will work with Albert for the next year or two, but strictly business.

Albert asks if it's just her. Daisy says she's not on speaker.

Albert wants to know what their interpersonal dynamic are going to look like in the future. He wants to know about the long-term--six months from now, two years from now, when we graduate

Daisy says as little as possible. *There are people telling her right now to report him. From a legal standpoint it's not pretty at all. (Italics mine).*

He asks how she feels about that.

Daisy –"I want to basically wash my hands of this situation."

Albert tells her how he feels.  He asks her to tell him her emotions first. Daisy says she already has

In the last few days Albert has felt hurt, loss, grief, anger, frustration and annoyance. He has been having trouble sleeping and feels nausea in the morning. Albert thinks there is no point in harboring any hate that doesn't need to be.  He's not saying they should get back together or be really good friends. But hating each other is not going to help either of them. It's so awkward. They're going to be in the same classes. They're going to interact with each other for EMUR. Six months from now he wants them to be okay with each other. That means running EMUR together. They were elected together as leaders. Leadership is public-service.

Daisy says enough of this. She is not asking Albert to resign.

Albert asked about humming in the background. Daisy doesn't address the question and says she will work with him but that's all. *He continues to be concerning that she may be recording the conversation to use against him in some way.*

"The only relationship that we're going to have is business. That's it."

16

Albert says that's not feasible. It could get very toxic quickly.

Daisy says she can be professional about EMUR.

Persisting, Albert asks if they can talk about any personal things, such as if he got a new shirt. Daisy said she wouldn't think to ask

Albert asks where does it end? If he is sick, can he ask her for a Chinese medicine. Can he swing by her room and cook some rice, or coffee?

Albert says he has been nervous about doing EMRU because Daisy asked for no contact.

Daisy replies that EUMR is just a series of tasks. Anyone can do it.

Albert tells Daisy that she made decisions about his initiative, the short links analytics. He wasn't consulted. How can they be effective leaders like that? Drawing boundaries will be difficult.  He wants to know if he's allowed to talk to her about things.  Daisy repeats that she wants as little contact with him as possible.

Albert persists. He asks Daisy how she has been feeling. He told her how he felt. Daisy was very angry the day that she left. Having a support system has really helped. "I got through it. I'm mostly feeling indifference at this point. I just want to be done with this." Daisy asks if Albert really cared, how could he leave bruises on her body.

Albert says "this whole thing hurts so much. I just shivered thinking about it. It hurts so much."

Daisy replies that she doesn't feel it hurts enough for Albert to be able to completely change.

Albert asks who Daisy reached out to? Why does he want to know?  She is fine.

Daisy says she will talk to Albert if it's unavoidable. If it's relevant to him, she will contact him

Daisy asks if Albert wants her to like him after what happened. He didn't show much care throughout their relationship. She's not going to reciprocate caring.

Albert, persisting, asks how they can be effective as leaders if they can't talk to each other?

Daisy is moving on and Albert is not. They are broken up. She doesn't want to have to tell him to do anything. Throughout their relationship, if he wanted something, he would manipulate it until he got the answer he wanted.

Daisy- "I would like to resolve this civilly."

Albert reports that he has been telling people that they broke up, nothing more.

Daisy responds that she doesn't want any bearing over Albert's decision making.

Albert is worried that she will badmouth him. Daisy replies that she will handle it civilly. She won't slander him, unless she has to. Unless he crosses boundaries.

Daisy doesn't want to make decisions about the Board or about anybody resigning. She doesn't care.

Daisy continues "Let's put it this way, you are no longer my problem. I'm no longer your problem, okay. That's it."

Albert pushes on. He wants to talk about the other stuff in their relationship. She agrees. Daisy suggests finances. They're splitting the utility bill. Daisy wants Albert to send her the spreadsheet and also his bank records. They agree to do that for each other. Huey is going to give her a refund of about $380. They can work together on EMUR and have contact around that.

Daisy is going to be moving into her dorm room on the 25th. If there's anything she left, she wants it back. Albert said that she left a few things and light clothing. Daisy agrees that Albert can knock on her door and give them to her

Albert asked about the furniture. Daisy suggests listing what she wants. "Look, I don't want anything that really reminds me of you."

Albert asked about the 20 pounds of rice he has. He talks about coffee. Is he not to contact her if he gets sick? They will be in the same chemistry lab

Daisy—"Yeah, you're also being very emotionless. Do you even have remorse for what you did?

Albert –"It hurts so much. You don't understand." He feels lost and in anguish. Daisy tells Albert that this will pass.

Daisy will change all the passwords on her accounts and remove his Amazon credit card.

Albert asked if they're going to go behind each other's backs. Daisy says no.

She will interact on club related business.  He is president of EMUR. Things will need to be handled on a case-by-case basis. Albert wants more details.

Daisy will let him know if he oversteps.  She will be neutral toward him

Continuing to persist, Albert wants to know more.

Daisy-"I'm still very pissed off at you."  Albert wants details.  Daisy says she does not want to see his face.

*Daisy returns to the issue that is of great concern to Albert because it could mean the loss of his scholarship.*

Daisy –"I don't intend on getting the authorities involved. But understand that if something happens again, it might come to that."  Albert wants to understand that. He wants to know what overstepping is. Daisy will let him know if things are going badly. They must play it by ear.

Albert keeps pushing for details and the definitions of words.

The recording ends on page 63 of the transcript.

August 25-After being homeless for several days, Albert moves into his dorm room which was on the same floor as Daisy's. *According to Albert's father, Albert approached Dr. Ed Goode during this interval, asking if he could stay with Dr. Goode. The answer was no. Albert received the same answer when he asked if he could leave his possessions with Dr. Goode.*

August 26-Albert learns that Daisy has gone to Title IX.

On August 28 the following communication was send to Albert from the Office of Title IX, Emory University. From Judith M Pannell to Liang, Albert Zhang. Copy sent to albertzhang66+emory@gmail.com.

Despite the fact that Albert was still a minor, and his status is described in the letter, the communication was not sent to his parents.

"Dear Albert,

On August 26, 2019, my office received notification of a Title IX complaint from Ms. Daisy Li that you may have violated the Emory University Sexual Misconduct Policy (Policy 8.2), specifically domestic and dating violence. Ms. Li alleges that, during the summer of 2019 when you and Ms. Li were engaged in a dating and a domestic relationship, you were verbally and physically abusive. She alleges that you consistently yelled at her, and would push, grab, and shake her during your arguments. Ms. Li alleges that, during the argument on August 11, 2019, you pinned her down while she struggled to escape, which caused her to become bruised.

During an argument on August 14, 2019, you grabbed her and pushed her onto the bed, and when she moved, forcibly picked her up and threw her on the bed. During this same argument, you pinned her down and dug your fingernails into her thigh, which causes bruises on her arms and gouges on her inner thigh.

Emory University is committed to maintaining an environment that is free of unlawful harassment and discrimination and will not tolerate discrimination against or harassment of any individual or group based on sex or gender. Pursuant to the Emory University Sexual Misconduct Policy and as Interim University Title IX Coordinator, I am required to provide accommodations and measures to maintain an environment that is free of unlawful harassment and discrimination. Thus, I am issuing a No Contact Order between you and Ms. Li. A No Contact Order is an official directive from my office that you and Ms. Li are not to contact one another directly. This means you should make no attempt to meet with, call, email, texts, or otherwise communicate with Ms. Li unless regarding Emory Undergraduate Medical Review Club related business only via the student organization's group chat accounts and/or during club business meetings while in a group setting. Similarly, Ms. Li cannot make attempts to meet with, call, email, text or otherwise communicate with you unless regarding Emory Under-graduate Medical Review Club related business only via the student organization's group chat accounts and/or during club business meetings while in a group setting. Violating the No Contact Order is considered a violation of the Emory University Sexual Misconduct Policy. Please understand that indirect contact includes your friends and acquaintances contacting Ms. Li on your behalf about non-Emory Undergraduate Medical Review club related business.

Note that the No Contact Order is in effect and will remain so until such time you received notification from my office rescinding these restrictions. Ms. Li has specifically requested this No Contact Order as an interim measure and wants you to refrain from contacting her in any way.

Pursuant to federal Law and Emory policy 8.2, and the request of Ms. Li, Emory University is initiating a formal investigation into these allegations, *and, if appropriate, will initiate disciplinary proceedings. (Italics mine).* This matter is private and all parties are asked to maintain privacy by refraining from discussion of the investigation. We ask for your discretion and hope that you will respect the private and sensitive nature of this matter.

Federal regulations and University policy protect against retaliation directed at any individual who is involved in this matter. A complaint of retaliation may be initiated with the Office of Title IX for any retaliatory actions and is adjudicated under the guidelines of the Sexual Misconduct Policy. Retaliation is defined as any adverse action taken against a person participating in the Title IX process because of their participation in the process.

You may have an advisor of your choice to accompany you to any meetings and advise you throughout this process. The title of such adviser is outlined specifically in Emory policy 8.2. *Because you are a minor (Italics mine),* we would encourage your parents to be involved in the process. The university offers resources that can provide you with support, should you need. Please see below for information on these resources.

  (Three phone numbers are provided).

I would like to speak with you about Ms. Li's complaint, the sexual misconduct process, your rights, available resources, and the No Contact Order. I am available between 2–5 PM on

19

September 5; Noon–4 PM on September 6; 2:30–4:45 PM on September 9; and 2–4:45 PM on September 10 to meet. If you would please provide me some times that work for you, I can pinpoint a mutually agreeable time.

  Sincerely, Dr. Pannell"
Judith Pennell, Ed.D.
Interim University Title IX Coordinator
Office of Title IX Emory University
Administration Building 201 Dowman Drive, Suite 308, Atlanta, GA 30322
Tel. 404.727.4079.  Fax 404. 712. 9108


August 27, Albert calls lawyers.
  Albert called seven law firms. He listed the Lento law firm, Blain law firm, Murdick and Zucker law firm, Robbins law firm, Lawanda Hodges law firm, Nesenoff Miltonberg law firm and the Peters Ruben Sheffield law firm. He was expecting callbacks from several. Albert's hand written notes in regards to the lawyers were difficult to understand. They' referred to the question of the police being involved, a fine and probation. Typical charges could be domestic violence. The work that needed to be done included a mental instability defense, and parental trauma. He wondered if a psych evaluation was necessary. The cost of the trial defense could be $50,000.


August 28-29, Albert buys the equipment for his suicide.
  Albert made a hand written list of places to go and things to get. Some were difficult to read. "Go to Joanns, go to Walmart, go to 3709, sleep, wake up 7–7:30, go to?, go back to 3709. "Things to get, 40 of ?, regulator with flowmeter, tubing, ?, elastic cord, drawstring, duct tape, ?, rope, ? bags."
  There is a delivery order from Airgas, Atlanta Georgia, sold to CASAOI $329.97.
  A receipt from JOANN for black round cord, total $5.38, paid for cash with a $20 bill, August 28, 2019 at 8:45 p.m.


August 30, Albert's suicide.
  He tells Dr. Goode where to find him and leaves a note about what to do with his body.
  Email from Albert to Dr. Goode, Friday, August 30, 2019, 8 AM. "Hi Ed, please find me at this address. Best, Albert."
  Email from Dr. Goode to Albert, Friday, August 30, 2019, 8:24:47 AM. "Albert, please call me. Get Outlook for Android."
  Email from Dr. Goode to Albert, August 30, 2019, 8:37 AM. "Albert, I'm outside the house. Call me at 404 520 5047. Get Outlook for android."
  Albert left this hand written note. "No funeral, no ? please. I want a quiet, peaceful, mysterious exit. Please cremate my body and dump it in any body of water. Donate my belongings."  Signed – Albert Zhang
  Dr. Goode finds Albert's body and calls the authorities.


September 4, 2019. An article appears in the Emory Wheel under the headline "Albert Zhang, Quiet Leader and Community Advocate, dies at 17." The article identifies Albert and states the

details of his death have not been released. The article describes Albert's accomplishments in high school and college. Several friends gave testimonials.

"We respect the family's privacy, and our thoughts and prayers are with them," The statement reads. "Emory is providing counseling services and other resources to support our community during this difficult time."

"Zhang's parents Tim and Linda Liang will hold a visitation for saying September 10 at advantage funeral home from 4–7 p.m.

September 9, 2019, Mr. Zhang went to CAPS and spoke to the on-call clinician. Colleen Duffy met with Mr. Zhang for 30 minutes. He wanted to know if his son had been seen at CAPS. "I did not confirm nor deny that his son had been seen."

Mr. Zhang had many questions regarding CAPS protocol for meeting with students under the age of 18. Mr. Zhang would feel better if he felt that his son had some help. Ms. Duffy explained that a student under 18 years of age could be seen on a triage/crisis or for an additional assessment but would need parental consent for any future treatment. Mr. Zhang asked about procedures and whether notes were taken. He asked about medication but was told that CAPS does not have psychiatric providers.

Office manager, Kathy Griffin, informed Ms. Duffy after the meeting that Mr. Zhang was taking photographs of the staff photography board in the lobby prior to the meeting. She requested he stop taking photographs due to confidentiality. He agreed to stop.

October 16, 2019, DeKalb County Medical Examiners Inquiry
Name of the deceased– Albert Liang, Asian, male, age 17
Manner of death– Suicide, August 30, 2019
Cause of death– asphyxiation with plastic bag in nitrous oxide
Medical examiner investigator–Deandra Dewalt
Certified by medical examiner Jeffrey Smith M.D., October 16, 2019
Comment– The 17-year-old male died as a result of plastic bag and nitrous oxide asphyxia. He was found at his parents' residence with the bag secured over his head and face, along with a tube connected to a nitrous oxide tank inside the bag. There is written evidence of suicidal ideation. Postmortem blood will be tested.
Toxicology report– No positive findings detected
A Georgia death certificate was issued

October 18 2019, a memorial service was held.

Dr. Goode was the first speaker. What follows is a transcript of his remarks, verbatim.

"in case you don't know, this was Albert's favorite portrait of himself. He loved it so much that he asked the Scholars Program for a file because it was going to be the photograph he would use for all of his different money-making ventures. We almost didn't get to take this picture because Albert almost didn't get his application in on time. He told me last year that he whipped together his application a half hour before the deadline. And that might seem implausible, but Albert did a lot of things last minute. And he did it exceedingly, maddeningly, marvelously well. And when I say 'last minute,' I'm not just referring to things like the deadline writing he did at The Wheel, which I always thought was outstanding, and would have won an

award for, even if some of these pieces resulted in some scolding from some of his peers, but Albert could also be very last minute in his classes, too.

I remember him complaining about his grades in chemistry 203Z. He's like, 'Listen, I'm getting Bs, and I want to get As like Pushkar.' (Laughter). And I was like, 'okay, so once Pushkar doing what you're not doing?' And Albert said, 'Well, he's studying. And, I mean, I mean, ed, like he is really studying. 'So, Albert, you know, would you like to try like really studying for some of these exams?' And he thought about it, and he's like, 'Uh, no, I'm getting Bs by cramming, so let's just be honest, I think I am just going to continue to cram. And Albert was very honest about things like that.

So, I remember talking to him a few months after that, and I asked him, 'How's chemistry going?' He said–he was almost confused about that question. He was like, 'Oh, oh, it's fine, it's fine.' And I said, 'It's fine like you're getting Bs fine, or , , ,'  He's like, 'no, I'm getting A's.' I said, 'Oh. Well, are you studying like Pushkar now?' He's like, 'No, no, no, I've just refined my cramming technique. Albert was like that. He was very results oriented.

And you can also see in his zeal for wheeling and dealing. This summer in the summer program that I direct and he was a part of, we visited Clayton, Georgia, which is in the north Georgia mountains. And for some of you, older people, you know the movie Deliverance  With the kid that plays the banjo (demonstrating)? So that kid grew up and he actually works at the Walmart in Clayton. So that maybe gave you a sense of what Clayton is like.

So, we went into this flea market and there was like dirty stalls, Confederate battle flags, the most devotional paraphernalia to the current president that you would ever hope to see. And Albert found something that he wanted to buy. And so, he's talking to the guy, and the guy said, 'This thing is $10.' And Albert sent to him, 'Well, I don't have $10. I can't pay $10 for that. What about $2? So, he's saw that there was another one of those items like they're in the stall, and he's like, 'Well, you have another one, so surely this can't be that valuable. There are two.'  So he whittles this guy down until finally the guy says, 'Alright. Fine, two dollars for this thing.' So Albert reaches into his wallet and says, 'Okay. Can you break a 10?' And because this is an Albert story, the guy broke the ten. Albert, the Wheeler Dealer.

Here is some of the questions along those lines that he--among many then he asked me. 'Ed, can you help me secure funding for a study?' 'I don't know, Albert. Enter how much money do you need?' 'Let's see. I've never done this before. Maybe tens of thousands of dollars? Ed, listen, don't worry about it. Just get me in a room with rich people and we'll see how it goes.' And I believed him. You know, Rich People, hold on to your wallets if Albert is around. "Ed, can you help me restore some boxes of lab coats and protective goggles?'  'Albert, why do you have boxes of coats and goggles?' 'Well, I'm buying coats and goggles in bulk since I'm selling them to the lab students 50 percent cheaper than the bookstore.' Wow. One of Albert's moneymaking ventures.

One of the last times that I saw Albert, I was the one who was under deadline. And I was being asked for quotes to describe the Emory Scholars, which is the scholarship program that he was a part of. And I was playing around with some language. You know, summer afternoon, luminous community building, transformative. And Albert said, 'Ed, no, no, No, no. Nobody wants a string of adjectives. What people want to hear about is concrete actions.' And he said, 'an Emory scholar should be,' And he started to talk. And he talked about the things that people in this room, Scholars and non-Scholars, have done. You know, 'when So— So helped this

person.' Or, you know, this person had a problem and they went to this person, and the way that this person to talk to them. You should have seen in the way that this person worked a room and just talked about the things that they really valued. It was amazing.' It was reflective, but it was also aspirational as he talked about what Emory students, Scholars and non-Scholars, could be.

  I miss Albert. And I still see him by–and maybe you'll know what I'm talking about. Someone will come whizzing by on one of those little Bird scooters in a blur, and I'll think, oh, there goes Albert. Or I saw somebody last week who was studying in the Math and Science lobby, and from the back he kind of looked like Albert. And I knew--like I know that it's not Albert, but you know in that sort of instinctual moment when you sort of sees someone, and in that moment I thought, oh, maybe that's Albert. And I'm struck by how happy that feeling it is.

  So what I would say about Albert is Albert liked what he saw in us, actually, in the people in this room. And as we remember him, maybe we can remember that even if it feels like the last minute, the deadlines looming on us, you know, maybe there is money to be raised, maybe there's a deal to be struck karma and maybe we don't need strings of adjectives, and the best parts of ourselves are really just a few concrete actions away. Thank you."


Summary and Opinions

  Page numbers refer to the pages in this report which contain information relevant to the subject matter being discussed.

  Albert was an exceptionally bright, sixteen-year-old when he entered Emory. Based on information from the developmental history obtained from his parents (pages 2-4), pediatric records (page 2), high school records (page 2), and high school friends (page 4); there is no evidence of psychopathology or significant abnormal development prior to entering Emory. His curriculum vita indicates how extraordinary he was. (Pages 3-4). *Based on his experience at Emory, it is very clear that he was not mature enough to deal with the sexual and emotional experiences that occur during the college years. But once there, as immature as he was, he might have been successful if had had intense, sensitive mentorship.*


  Albert's relationship with Daisy Li:

  She was the first significant girlfriend that Albert ever had and was his first sexual partner. There is no evidence that cross-dressing or a sadomasochistic sexual relationship existed before Albert met Daisy. (Pages 7-8). When he went to CAPS in June of 2019 Albert described himself as "Mostly interested in girls." In a statement. on August 27 Albert describes himself as "gender queer". (Page 8) Their relationship was characterized by physical fights, sado-masochistic sexual behavior, as well as his first experiences with sexual and emotional intimacy.

  In my opinion, the written response of Emory's Title IX office, and the office's failure to reach out to Albert and make personal contact, was one of the primary reasons that led Albert to seriously consider suicide.


Albert's relationship with Dr. Ed Goode:

  Dr. Goode was very involved with Albert throughout his time at Emory in multiple ways. He was an administrator of the scholarship program. He attended many events with Albert and

was his mentor. (Page 5-6). He told Dr. Zhang how involved he was in Albert's life. Albert went to him to discuss his problems with Daisy. Dr. Goode was aware of the turmoil that Albert was experiencing and gave him specific advice.

  "A mentor of mine, Ed, told me to avoid apologizing and admitting guilt at any cost in case she would record any contact we had and use it against me." (Pages 9–10).

  Dr. Goode was acutely aware of Albert's intense anxiety and fear that he would lose his scholarship.

  When Albert had no place to stay during the interval between August 19 and 25 because he had moved out of the apartment with Daisy and his dorm room was not yet ready, he requested to stay with Dr. Goode and store his belongings there. Again, Dr. Goode observed Albert's intense anxiety and despair. Both requests were refused. This information was provided by Albert's father, who had a conversation with Dr. Goode in Atlanta in the days following Albert's suicide.

  It is clear that Dr. Goode saw Albert several times during the days prior to his suicide and had personal knowledge of Albert's mental state at that time. Between August 15 and 26, Dr. Goode interacted with Albert at least three times. This was the same time frame during which Albert's August 21 phone call to DL revealed the intensity and desperation of his feelings.

  On August 30 Albert involved Dr. Goode in his suicide. He sent Dr. Goode a message stating where his body could be found. The fact that Dr. Goode went immediately to Albert's aid upon his receipt of Albert's  automated message is an extremely strong indication that Dr. Goode was concerned about Albert's suicidal thoughts. When Dr. Goode found Albert's body, he also discovered a hand written suicide note that Albert knew Dr. Goode would find. (Pages 11, 18).

  "No funeral, no ? please. Please cremate my body and dump it in any body of water. Donate my belongings." Signed Albert Zhang.

  At the October 18, 2019 memorial service held at Emory for Albert, Dr. Goode was the first speaker. He recalled many pleasant interactions with Albert and described his outstanding drive and accomplishment. He also described him as a wheeler dealer. *No mention was made of the fact that Albert died by suicide and that Dr. Goode was intensely involved in the events leading up to Albert ending his life.*

  Emory was noted for an outstanding suicide prevention program, particularly in regard to male students of Asian descent.

  Dr. Goode was a mandatory reporter. *In my opinion Dr. Goode failed to recognize and act on the obvious warning signs of the impending suicide that Albert presented to him personally. He had more than sufficient information to know that Albert's suicide was foreseeable and probable. He failed to act in a manner to prevent the suicide.*

Emory's response to Albert's request for help and his suicide.

  When Albert sought help from CAPS when he was a minor, 17 years of age, the staff did not notify his parents that their son was seeking help.

  *The university did not notify Albert's parents of his death. Dr. Zhang learned that from the medical examiner.*

  There was no mention of Albert suicide in the article that appeared in the Emory newspaper following his death (page 18), nor was there any mention of suicide as the cause of death in the

memorial service held on October 18, 2019. Dr. and Mrs. Zhang feel that Emory attempted to cover up the fact that Albert died by suicide.

*Calvin a Colarusso MD*

Calvin A. Colarusso M.D.
Board-certified Adult and Child Psychiatrist
Retired Clinical Professor of Psychiatry, volunteer faculty
  University of California at San Diego
Training and Supervising Analyst in adult and child psychoanalysis
  San Diego Center for Psychoanalysis