**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TIEQIAO ("TIM") ZHANG, Individually, and as the Independent Administrator of the Estate of ALBERT LIANG (a/k/a ALBERT ZHANG and f/k/a LIANGSHENG ZHANG), deceased; and JING ("LINDA") LIANG, <br><br> Plaintiffs, <br><br> v. <br><br> EMORY UNIVERSITY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. <br><br> 1:21-CV-00868-AT |

## DEFENDANT'S CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 26.3(A), this certificate certifies that on April 11, 2022, I served Plaintiffs' counsel of record, via email, a copy of the below-listed discovery materials:

1. **Defendant's Objections and Responses to Plaintiffs' First Interrogatories to Defendant Emory University**

2. **Defendant's Objections and Responses to Plaintiffs' First Request for Production of Documents to Defendant Emory University**

3. **Defendant's Objections and Responses to Plaintiffs' Notice of Taking Videotaped Deposition Duces Tecum of Defendant Emory University**

Respectfully submitted this 11th day of April, 2022.

**Allegra J. Lawrence**

Allegra J. Lawrence (Georgia Bar No. 439797)
Lisa M. Haldar (Georgia Bar No. 733508)
Rod J. Gankse (Georgia Bar No. 283819)
LAWRENCE & BUNDY LLC
1180 West Peachtree Street, NW, Suite 1650
Atlanta, Georgia 30309
Telephone: (404) 400-3350
Facsimile: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
lisa.haldar@lawrencebundy.com
rod.ganske@lawrencebundy.com

*Counsel for Defendant*