IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TIEQIAO ("TIM") ZHANG, Individually, and as the Independent Administrator of the Estate of ALBERT LIANG (a/k/a ALBERT ZHANG and f/k/a LIANGSHENG ZHANG), deceased; and JING ("LINDA") LIANG, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:21-cv-00868-AT |
| EMORY UNIVERSITY, | ) ) ) | |
| Defendant. | ) ) | |

## **JANE DOE'S MOTION FOR PERMISSION TO ANONYMOUSLY FILE OBJECTION TO THE PRODUCTION OF DOCUMENTS BY EMORY UNIVERSITY**

COMES NOW JANE DOE, and respectfully requests that this Court permit Jane Doe to file into the above-styled civil action anonymously in order to protect her privacy, showing the Court as follows:

Jane Doe is not a party to this litigation but instead is making a limited appearance for the sole purpose of objecting to the release of records protected by the Family Educational Rights and Privacy Act ("FERPA"), codified at 34 C.F.R.

part 99. Doe's objection is filed contemporaneously herewith. The records sought by Plaintiffs in this matter relate to private matters concerning Jane Doe, including intimate details relating to the deceased Plaintiff. Jane Doe does not wish her name to be identified in the public record relating to this litigation and therefore moves the Court for permission to appear and file anonymously.

Respectfully submitted this 16th day of May, 2022.

*/s/ Robyn Oliver Webb*
_____
ROBYN OLIVER WEBB
Georgia Bar No. 552505
*Counsel for Non-Party Jane Doe*

HOFFER & WEBB, LLC
3190 Northeast Expressway, Suite 430
Chamblee, Georgia 30341
404-260-6330
404-260-6192 direct/fax
rwebb@hofferwebb.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I filed the foregoing **JANE DOE'S MOTION FOR PERMISSION TO ANONYMOUSLY FILE OBJECTION TO THE PRODUCTION OF DOCUMENTS BY EMORY UNIVERSITY** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Richard H. Middleton, Jr.
rhm@middletonfirm.com
THE MIDDLETON FIRM, LLC
P.O. Box 10006
Savannah, Georgia 31412
*Counsel for Plaintiffs*

Joshua A. Whitman
jwhitman@miltonleach.com
MILTON, LEACH, WHITMAN, D'ANDREA & ESLINGER, P.A.
3127 Atlantic Blvd.
Jacksonville, Florida 32207
*Counsel for Plaintiffs*

Alex J. Whiteman
awhitman@cunninghamswaim.com
CUNNINGHAM SWAIM, LLP
4015 Main Street, Ste 200
Dallas, Texas 75226
*Counsel for Plaintiffs*

Christopher Conway
chris@chrisconwaylaw.com
1862 Independence Square, Ste E
Dunwoody, Georgia 30338
*Counsel for Plaintiffs*

Allegra J. Lawrence
Allegra.lawrence-hardy@lawrencebundy.com
Lisa M. Haldar
Lisa.haldar@lawrencebundy.com
Rod J. Gankse
Rod.gankse@lawrencebundy.com
LAWRENCE & BUNDY, LLC
1180 W. Peachtree Street, N.W., Ste 1650
Atlanta, Georgia 30309
*Counsel for Defendants*

ROBYN OLIVER WEBB
Georgia Bar No. 552505
*Counsel for Non-Party Jane Doe*

HOFFER & WEBB, LLC
3190 Northeast Expressway, Suite 430
Chamblee, Georgia 30341
404-260-6330
404-260-6192 direct/fax
rwebb@hofferwebb.com