# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TIEQIAO ("TIM") ZHANG, Individually, and as the Independent Administrator of the Estate of ALBERT LIANG (a/k/a ALBERT ZHANG and f/k/a LIANGSHENG ZHANG), deceased; and JING ("LINDA") LIANG, | ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:21-CV-00868-AT |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| EMORY UNIVERSITY, | ) ) | |
| Defendant. | ) | |

## DEFENDANT'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES

Defendant Emory University ("Emory"), by and through its undersigned counsel, fully incorporates by reference herein Defendant's Initial Disclosures, ECF No. 45, and supplements its response to disclosure no. 10 and Attachment E in accordance with Federal Rule of Civil Procedure 26(e) and Local Rule 26.1C.

(10) Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

1

Emory will produce to Plaintiffs copies of the declaration pages of the applicable insurance agreements pursuant to the terms of the parties' Stipulated Protective Order, ECF No. 52.

Respectfully submitted this 18th day of May, 2022.

**Allegra J. Lawrence**
Allegra J. Lawrence (Georgia Bar No. 439797)
Lisa M. Haldar (Georgia Bar No. 733508)
Rod J. Ganske (Georgia Bar No. 283819)
Attorneys for Defendant
LAWRENCE & BUNDY LLC
1180 West Peachtree Street, NW, Suite 1650
Atlanta, Georgia 30309
Telephone: (404) 400-3350
Facsimile: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
lisa.haldar@lawrencebundy.com
rod.ganske@lawrencebundy.com

*Counsel for Defendant*

## **ATTACHMENT E**

Emory will produce to Plaintiffs copies of the applicable insurance agreements pursuant to the terms of the parties' Stipulated Protective Order, ECF No. 52.

.