IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIEQIAO ("TIM") ZHANG, Individually, and as the Independent Administrator of the Estate of ALBERT LIANG (a/k/a ALBERT ZHANG and f/k/a LIANGSHENG ZHANG), deceased; and JING ("LINDA") LIANG,<br><br>Plaintiffs,<br><br>v.<br><br>EMORY UNIVERSITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.<br><br>1:21-cv-00868-AT |

**DEFENDANT'S MOTION
<u>TO DISMISS AMENDED COMPLAINT</u>**

Even with the plausibility discovery the Court permitted, Plaintiffs cannot establish the tragic suicide of decedent, Albert Zhang, was foreseeable. And without the necessary element of foreseeability, Plaintiffs cannot state a claim for negligence or gross negligence based on Defendant Emory University's ("Emory") alleged failure to prevent Albert's suicide. Nor can Plaintiffs state a claim for negligence or gross negligence based on the new allegation in their Amended Complaint for Personal Injuries and Wrongful Death and Demand for Trial by Jury (the "Amended Complaint")—that Emory failed to provide suicide prevention

1

training to Emory Woodruff Scholars faculty and staff. Even with plausibility discovery, Plaintiffs cannot establish Emory had a legally cognizable duty to provide such suicide prevention training. And without the necessary element of a legally cognizable duty, Plaintiffs cannot state a claim for negligence or gross negligence based on Emory's alleged failure to provide suicide prevention training.

Accordingly, pursuant to the Court's orders, Order 28, Mar. 8, 2022, ECF No. 41; Minute Entry, July 6, 2022, ECF No. 67, and Federal Rule of Civil Procedure 12(b)(6), Emory moves to dismiss Plaintiffs' Amended Complaint for failure to state a claim.

Respectfully submitted this 21st day of September, 2022.

**Allegra J. Lawrence**
Allegra J. Lawrence (Georgia Bar No. 439797)
Lisa M. Haldar (Georgia Bar No. 733508)
Rodney J. Ganske (Georgia Bar No. 283819)
Attorneys for Defendant
LAWRENCE & BUNDY LLC
1180 West Peachtree Street, NW, Suite 1650
Atlanta, Georgia 30309
Telephone: (404) 400-3350
Facsimile: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
lisa.haldar@lawrencebundy.com
rod.ganske@lawerncebundy.com

*Counsel for Defendant*