# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TIEQIAO ("TIM") ZHANG, Individually, and as the Independent Administrator of the Estate of ALBERT LIANG (a/k/a ALBERT ZHANG and f/k/a LIANGSHENG ZHANG), deceased; and JING ("LINDA") LIANG,

    Plaintiffs,

v.

EMORY UNIVERSITY;

    Defendant.

NO.: 1:21-cv-00868-AT

## PLAINTIFFS' RESPONSE TO DEFENDANT'S
## MOTION TO DISMISS AMENDED COMPLAINT

Plaintiffs Tieqiao ("Tim") Zhang, Individually and as the Independent Administrator of the Estate of Albert Liang (a/k/a Albert Zhang and f/k/a Liangsheng Zhang), deceased; and Jing ("Linda") Liang ("Plaintiffs"), hereby file this Response to Defendant Emory University's ("Emory") Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 75). In support thereof, Plaintiffs refer the Court to their Brief in Opposition filed contemporaneously with this Response.

For the reasons stated therein, Plaintiffs respectfully request that Emory's Motion to Dismiss be denied.

Respectfully submitted this 20th day of October, 2022.

**MIDDLETON, L.L.C.**

/s/ Richard H. Middleton
RICHARD H. MIDDLETON, JR.
Georgia Bar No. 504912
317 East Liberty Street (31401)
P.O. Box 10006
Savannah, Georgia 31412
rhm@middletonfirm.com
Phone: (912) 660-3039
**Lead trial counsel**

and

**CONWAY, LLC**

/s/ Christopher Conway
**CHRISTOPHER T. CONWAY**
Georgia Bar. No. 823011
1862 Independence Square
Suite E
Dunwoody, Georgia 30338
Phone: (404) 334-3311
Fax: (404) 334-3331
chris@chrisconwaylaw.com
**Local counsel**

and

**MILTON, LEACH, WHITMAN, D'ANDREA & ESLINGER, P.A.**

/s/ Joshua A. Whitman
**JOSHUA A. WHITMAN**

>Florida Bar No. 399264
>3127 Atlantic Blvd
>Jacksonville, Florida 32207
>jwhitman@miltonleach.com
>(904) 346 3800 – Tel.
>(904) 346 3692 – Fax
>*Pro Hac Vice*
>
>and
>
>**CUNNINGHAM SWAIM, LLP**
>
>/s/ Alex J. Whitman
>**ALEX J. WHITMAN**
>Texas Bar No. 24081210
>4015 Main Street, Suite 200
>Dallas, TX 75226
>awhitman@cunninghamswaim.com
>(214) 646-1495 – Tel.
>(214) 613-1163 – Fax
>*Pro Hac Vice*
>**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2022, I electronically filed Plaintiffs' Response To Defendant's Motion To Dismiss Amended Complaint with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Allegra J. Lawrence
>Lisa M. Haldar
>Rodney J. Ganske
>Robyn Oliver Webb

>**MILTON LEACH, WHITMAN, D'ANDREA & ESLINGER, P.A.**
>
>/s/ Joshua A. Whitman
>**JOSHUA A. WHITMAN**

3