**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TIEQIAO ("TIM") ZHANG, Individually, and as the Independent Administrator of the Estate of ALBERT LIANG (a/k/a ALBERT ZHANG and f/k/a LIANGSHENG ZHANG), deceased; and JING ("LINDA") LIANG, <br><br> Plaintiffs, <br><br> v. <br><br><br> EMORY UNIVERSITY; <br><br> Defendant. <br> _____/ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO.: 1:21-cv-868-AT |

<u>**PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION TO DISMISS**</u>
<u>**AND MOTION TO EXCLUDE EXTRINSIC MATTERS RAISED IN, AND**</u>
<u>**EXHIBITS ATTACHED TO, DEFENDANT'S MOTION TO DISMISS**</u>

Plaintiffs Tieqiao ("Tim") Zhang, Individually and as the Independent administrator of the Estate of Albert Liang (a/k/a Albert Zhang and f/k/a Liangsheng Zhang), deceased; and Jing ("Linda") Liang ("Plaintiffs") hereby file this Objection to Defendant Emory University's ("Emory") Motion to Dismiss (Dkt. 75, Dkt. 75-1, and Dkt. 75-2) and Motion to Exclude Extrinsic Matters Raised in, and Exhibits Attached to, Emory's Motion to Dismiss.

In support thereof, Plaintiffs refer the Court to their Brief in Support filed contemporaneously with this Objection and Motion. For the reasons stated therein, Plaintiffs respectfully request that, in its consideration of Emory's Motion to Dismiss, the Court Exclude the Extrinsic Matters Raised in, and the Exhibits Attached to, the Motion.

**MIDDLETON, L.L.C.**

/s/ Richard H. Middleton
RICHARD H. MIDDLETON, JR.
Georgia Bar No. 504912
317 East Liberty Street (31401)
P.O. Box 10006
Savannah, Georgia 31412
rhm@middletonfirm.com
Phone: (912) 660-3039
**Lead trial counsel**

and

**CONWAY, LLC**

/s/ Christopher Conway
**CHRISTOPHER T. CONWAY**
Georgia Bar. No. 823011
1862 Independence Square
Suite E
Dunwoody, Georgia 30338
Phone: (404) 334-3311
Fax: (404) 334-3331
chris@chrisconwaylaw.com
**Local counsel**

and

**MILTON, LEACH, WHITMAN,
D'ANDREA & ESLINGER, P.A.**

/s/ Joshua A. Whitman
**JOSHUA A. WHITMAN**
Florida Bar No. 399264
3127 Atlantic Blvd
Jacksonville, Florida 32207
jwhitman@miltonleach.com
(904) 346 3800 – Tel.
(904) 346 3692 – Fax
*Pro Hac Vice*

and

**CUNNINGHAM SWAIM, LLP**

/s/ Alex J. Whitman
**ALEX J. WHITMAN**
Texas Bar No. 24081210
4015 Main Street, Suite 200
Dallas, TX 75226
awhitman@cunninghamswaim.com
(214) 646-1495 – Tel.
(214) 613-1163 – Fax
*Pro Hac Vice*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2022, I electronically filed Plaintiffs' Objection To Defendant's Motion To Dismiss And Motion To Exclude Extrinsic Matters Raised In, And Exhibits Attached To, Defendant's Motion To Dismiss with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

      Allegra J. Lawrence
      Lisa M. Haldar
      Rodney J. Ganske
      Robyn Oliver Webb

                **MILTON LEACH, WHITMAN,
D'ANDREA & ESLINGER, P.A.**

                /s/ Joshua A. Whitman
                **JOSHUA A. WHITMAN**